## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MADELINE CHAPARRO RIOS, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | **Case No. 2:25-cv-13884** |
| | § | |
| OXYGEN XL, FAIR COLLECTIONS | § | |
| & OUTSOURCING, INC., EXPERIAN | § | |
| INFORMATION SOLUTIONS, INC., | § | |
| TRANS UNION LLC, and EQUIFAX | § | |
| INFORMATION SERVICES LLC, | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, defendant, Fair Collections & Outsourcing, Inc. ("FCO"), by its attorney, hereby removes this action from the Superior Court of New Jersey, Law Division: Bergen County, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, Defendant states as follows:

1.     Plaintiff, Madeline Chaparro Rios ("plaintiff"), originally commenced this action by filing a Summons and Complaint against FCO in the Superior Court of New Jersey, Law Division: Bergen County, where it is presently captioned as *Madeline Chaparro Rios v. Oxygen XL, Fair Collections & Outsourcing, Inc., Experian Information Solutions, Inc., Trans Union LLC, and Equifax Information Services LLC,* Docket No. BER-L-004569-25. No further proceedings before the State court have occurred.

2.     In the Complaint, plaintiff alleges a statutory cause of action against FCO. A true and correct copy of the Complaint is attached hereto as as **Exhibit A.**

1

3. Plaintiff accuses FCO of violating the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.* and the Fair Credit Reporting Act, 15 U.S.C. ("FCRA") § 1681 *et seq.*

4. FCO received Plaintiff's Summons and Complaint on or about July 25, 2025.

5. This Court has jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claim is founded upon a claim or right arising under the laws of the United States.

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which FCO received Plaintiff's Summons and Complaint. *See* 28 U.S.C. § 1446.

7. On information and belief, as of the date of this filing, only FCO has been served with the Summons and Complaint in the State Court Action.

8. Written notice of this Notice of Removal of this action is being immediately provided to the Superior Court of New Jersey, Law Division: Bergen County. *See* **Exhibit B**.

9. Written notice of this Notice of Removal of this action is being caused to be served on the Plaintiff.

WHEREFORE, Defendant, Fair Collections & Outsourcing, Inc., gives notice that this action is removed from the Superior Court of New Jersey, Law Division: Bergen County, to the United States District Court for the District of New Jersey.

Respectfully Submitted,

/s/ *Aaron R. Easley*
Aaron R. Easley, Esq. (#026151994)
SESSIONS, ISRAEL & SHARTLE, LLC

2

3 Cross Creek Drive
Flemington, New Jersey 08822
Telephone: (908) 237-1660
Facsimile: (877) 344-0661
Email: aeasley@sessions.legal

*Attorney for Defendant,*
*Fair Collections & Outsourcing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the District of New Jersey, and served to the following:

| *Via Email* | *Via Email and CM/ECF* |
|---|---|
| Hashim Rahman, Esq. | Sofia Balile, Esq. |
| Rahman Legal | The Law Office of Sofia Balile |
| 43 W. 43rd Street, Suite 204 | 155 Water Street |
| New York, NY 10036 | 4th Floor, Suite 4-1 |
| Telephone: (212) 301-7641 | Brooklyn, NY 11201 |
| Email: hrahman@rahmanlegal.com | Telephone: (646) 580-6116 |
| | Email: sofia@balilelaw.com |

*/s/ Aaron R. Easley*
Aaron R. Easley, Esq. (#28909)

3