**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| MADELINE CHAPARRO RIOS, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | **Case No.  2:25-cv-13884** |
| | § | |
| OXYGEN XL, FAIR COLLECTIONS | § | |
| & OUTSOURCING, INC.,  EXPERIAN | § | |
| INFORMATION SOLUTIONS, INC., | § | |
| TRANS UNION LLC, and EQUIFAX | § | |
| INFORMATION SERVICES LLC, | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANT, FAIR COLLECTIONS & OUTSOURCING, INC.'S, RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant, Fair Collections & Outsourcing, Inc., through counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states:

1.      Fed. R. Civ. P. 7.1(a)(1) provides: "A nongovernmental corporate party or a nongovernmental corporation that seeks to intervene must file a statement that: (A) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (B) states that there is no such corporation."

2.      Fair Collections and Outsourcing, Inc., is owned by FCO Holdings, Inc., which is privately held.

Respectfully Submitted,

/s/ *Aaron R. Easley*
Aaron R. Easley, Esq. (#026151994)
SESSIONS, ISRAEL & SHARTLE, LLC

1

3 Cross Creek Drive
Flemington, New Jersey 08822
Telephone: (908) 237-1660
Facsimile: (877) 344-0661
Email: aeasley@sessions.legal

*Attorney for Defendant,*
*Fair Collections & Outsourcing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, a copy of the foregoing was electronically

filed with the Clerk of the Court, United States District Court for the District of New Jersey,

and served to the following:

*Via Email*
Hashim Rahman, Esq.
Rahman Legal
43 W. 43rd Street, Suite 204
New York, NY 10036
Telephone: (212) 301-7641
Email: hrahman@rahmanlegal.com

*Via Email and CM/ECF*
Sofia Balile, Esq.
The Law Office of Sofia Balile
155 Water Street
4th Floor, Suite 4-1
Brooklyn, NY 11201
Telephone: (646) 580-6116
Email: sofia@balilelaw.com

*/s/ Aaron R. Easley*
Aaron R. Easley, Esq. (#026151994)

2