**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

-------------------------------------------------------------------X

Madeline Chaparro Rios,

                      Plaintiff,               Hon. James B. Clark

                                          Case No. 2:25-cv-13884-JXN-JBC

             v.

Oxygen XL, Fair Collections & Outsourcing, Inc.,    **NOTICE OF MOTION**
Experian Information Solutions, Inc.,
Trans Union LLC, and Equifax Information
Services LLC,

                  Defendants.

-------------------------------------------------------------------X

To the above-named Defendants:

PLEASE TAKE NOTICE the undersigned attorney of record for the Plaintiff shall move this Court before the Honorable James B. Clark of the United States District Court for the District of New Jersey, at the Martin Luther King Jr. Courthouse, 50 Walnut Street, Courtroom MLK 2A, Newark, New Jersey, 07101, for an order pursuant to Local Civil Rule 101.1(c) granting the admission pro hac vice of attorney Hashim Rahman, Esq., in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that the Plaintiff will rely upon the certification of Sofia Balile, Esq., and the certification of Hashim Rahman, Esq., to support this motion.  A proposed order is also submitted for the Court's consideration and review.

Dated: July 31, 2025

By: _____

Sofia Balile, Esq. (Attorney ID 010932003)
The Law Office of Sofia Balile
155 Water Street
4th Floor, Suite 4-1
Brooklyn, NY 11201
Tel. 646-580-6116
sofia@balilelaw.com


*Attorneys for the Plaintiff*