**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

------------------------------------------------------------------X

Madeline Chaparro Rios,

                    Plaintiff,                   Hon. James B. Clark.

                                                   Case No. 2:25-cv-13884-JXN-JBC

            v.

Oxygen XL, Fair Collections & Outsourcing, Inc.,   **CERTIFICATION OF SOFIA**
Experian Information Solutions, Inc.,            **BALILE IN SUPPORT OF**
Trans Union LLC, and Equifax Information      **MOTION FOR PRO HAC VICE**
Services LLC,                              **ADMISSION OF HASHIM**
                                                **RAHMAN**

                    Defendants.

------------------------------------------------------------------X

       I, Sofia Balile, of full age, hereby certify as follows:

       1.      I am an attorney admitted to practice law in the State of New Jersey.  I am in good standing, and my New Jersey attorney ID is 010932003.  I am admitted to practice before the United States District Court for the District of New Jersey.

       2.      I am the owner and managing attorney of the Law Office of Sofia Balile, located at 155 Water Street, 4th Floor, Suite 4-1, Brooklyn, New York, 11201.

       3.      I submit this certification in support of the Plaintiff's motion to have Hashim Rahman, Esq., admitted to this Court pro hac vice in the above-captioned matter.

       4.      As indicated in his attached certification, Mr. Rahman is a member in good standing of the bar of the State of New York.  His certification meets the requirements of Local

Civil Rule 101.1(c) of the Local Civil and Criminal Rules of the United States District Court for the District of New Jersey.

5.  I have agreed to work with Mr. Rahman, to be responsible for the conduct in the above-captioned case, and to ensure that the requirements of Local Civil Rule 101.1(c) are met.

6.  I will file papers, enter appearances for parties, sign stipulations, and sign and receive payments on judgments, decrees, or orders in accordance with Local Civil Rule 101.1(c)(4).

7.  I agree to accept service of all notices, orders, and pleadings for this matter, and I will promptly notify Mr. Rahman of the receipt of such documents pursuant to Local Civil Rule 101.1(c)(4).

8.  Mr. Rahman has contributed to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), and he will continue to do so as required.

9.  If admitted, Mr. Rahman will make the payment to the Clerk of the United States District Court pursuant to Local Civil Rule 101.1(c)(3).

10.  A proposed order is attached hereto for the Court's review and consideration.

I certify that the foregoing statements made by me are true and correct.  I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: 08/01/2025

Sofia Balile, Esq.

2