**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

----------------------------------------------------------------------X

Madeline Chaparro Rios,

       Plaintiff,        Hon. James B. Clark.

                   Case No. 2:25-cv-13884-JXN-JBC

     v.

Oxygen XL, Fair Collections & Outsourcing, Inc.,  **CERTIFICATION OF HASHIM**
Experian Information Solutions, Inc.,     **RAHMAN IN SUPPORT OF**
Trans Union LLC, and Equifax Information   **MOTION FOR PRO HAC VICE**
Services LLC,            **ADMISSION**

        Defendants.

----------------------------------------------------------------------X

   I, Hashim Rahman, of full age, upon my oath, hereby state as follows:

   1.  I submit this certification in support of the Plaintiff's motion seeking my admission pro hac vice pursuant to Local Civil Rule 101.1(c) of the Local Civil and Criminal Rules of the United States District Court for the District of New Jersey to appear and practice before this Court in the above-captioned matter.

   2.  I am an attorney admitted to practice law in all courts in the State of New York. (*See* Ex. A.) I am in good standing, and my New York State attorney registration number is 4418877. (*Id.*) I have attached a certificate of good standing from the New York State Appellate Division of the Supreme Court of the State of New York. (*Id.*)

3.     I am the owner of the firm Rahman Legal, with offices at 43 W. 43rd Street, Suite 204, New York, New York, 10036; and 68 Jay Street, Suite 201 - N/25, Brooklyn, New York, 11201.

4.     I have been retained as counsel by the Plaintiff to provide legal representation in connection with this matter.  This litigation involves a complex field of consumer credit reporting and debt collection in which I have practiced for many years as a specialist.   The Plaintiff has requested my representation in this matter.

5.     I have associated with Sofia Balile, Esq., who will serve as local counsel and attorney of record on this case during its entirety.  Ms. Balile is licensed to practice law in the State of New Jersey and she is admitted to practice before this Court.

6.     I am not now the subject of any pending disciplinary proceedings in any jurisdiction, nor have I been disciplined previously in any jurisdiction.

7.     I have made payments to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a) (*see* Ex. B), and I will continue to do so as required.

8.     If this motion is granted, I agree to:

A.  abide by all rules of this Court and all disciplinary rules of this jurisdiction,

B.  submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs pursuant to Local Civil Rule 101.1(c)(5),

C.  promptly advise the Court of the institution of new disciplinary proceedings pursuant to Local Civil Rule 101.1(c)(1),

D.  make the payment to the Clerk of the United States District Court pursuant to Local Civil Rule 101.1(c)(3), and

E.  have local counsel file papers, enter appearances for parties, sign

stipulations, and sign and receive payments on judgments, decrees or

orders in accordance with Local Civil Rule 101.1(c)(4).

I certify that the foregoing statements made by me are true and correct.  I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: July 31, 2025

_____
Hashim Rahman, Esq.

3