# Exhibit B

# NEW JERSEY LAWYERS' FUND
# FOR
# CLIENT PROTECTION



**TRUSTEES**
CARMEN CORTES-SYKES, Chair
JOHN M. KEATING, Vice Chair
WILLIAM TRIMMER, Treasurer
NORBERTO A. GARCIA
SHARIL A. CLARKE
REGINALD J. COLEMAN
COLLEEN McGUIGAN

**INVESTIGATOR**
ELLIS ALLEN

www.njcourts.gov/public/get-help/lfcp

**COURIER & OVERNIGHT:**
HUGHES JUSTICE COMPLEX
25 MARKET STREET
5TH FLOOR, NORTH WING
TRENTON, NJ 08611

**DIRECTOR & COUNSEL**
MICHAEL T. McCORMICK

**DEPUTY DIRECTOR**
ALICIA F. WILLIAMS

**SENIOR COUNSEL**
DOUGLAS E. BURRY

**BOARD SECRETARY &
DEPUTY COUNSEL**
RUBY D. COCHRAN

**ATTORNEY REGISTRATION &
ADMINISTRATION MANAGER**
CARLA S. COUSINS

PHONE: 855-533-3863
OUTSIDE NJ: 609-815-3030
FAX: 609-815-2935

RICHARD J. HUGHES JUSTICE COMPLEX
PO BOX 961
TRENTON, NJ 08625-0961

April 23, 2025

Hashim Rahman, Esquire
Rahman Legal
43 W 43rd St, Ste 204
New York, NY 10036

Attorney ID:

**Re**:   Confirmation of *Pro Hac Vice* Payment
**Rules**:   1:21-2(a); 1:20-1(b); 1:28-2 and 1:28B-1(e)

Dear Counselor:

This is to confirm that we received your check in the amount of $267.00 along with a copy of the Court Order admitting you *pro hac vice* and your completed *PHV* admission form. If you are admitted *pro hac vice* in Federal Court in New Jersey, please note that you are also obligated to pay that Court in accordance with L. Civ. R. 101.1(c)(2).

The Supreme Court has determined that beginning in 2017 all attorneys admitted to practice in New Jersey as a *Pro Hac Vice* attorney (**Rule** 1:21-2), must complete their annual attorney registration and pay the required annual fee electronically.

As you have already paid your 2025 fee, we urge you to log in NOW at *https://www.njcourts.gov/attorneys/attorney-registration* the UserID and (temporary) Password provided below to set up your account. As a first-time registrant, you will be asked to answer a set of security questions. Follow the online instructions and activate your electronic access.

Notices regarding the annual registration and billing are sent **only** by email. You must, therefore, keep your email address current. You may use the same website throughout the year to update your contact and case information.

The fee is assessed once per calendar year per attorney. If you are admitted on additional cases within the calendar year, you should update the case information online, but no additional fee is required.

Your appearance continues until the matter is concluded or there is a substitution of counsel. If a case continues into the next calendar year, the fee for that year must be paid. The Fund will continue to seek payment until you notify us that the matter, or your appearance in it, has formally concluded.

|  |  |
|---|---|
| Name: | **Hashim Rahman, Esquire** |
| User ID: | XXXXX |
| Password: | ░░░░░░ |

For Login issues, contact Superior Court Clerk's Office: 609-421-6100







