**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

-----------------------------------------------------------------------X

Madeline Chaparro Rios,

                         Plaintiff,                  Hon. James B. Clark

                                              Case No. 2:25-cv-13884-JXN-JBC

      v.

Oxygen XL, Fair Collections & Outsourcing, Inc.,     **ORDER GRANTING THE**
Experian Information Solutions, Inc.,                  **MOTION FOR PRO HAC VICE**
Trans Union LLC, and Equifax Information         **ADMISSION OF HASHIM**
Services LLC,                                        **RAHMAN**

                         Defendants.

-----------------------------------------------------------------------X

THIS MATTER having come before the Court on the motion of the Plaintiff for an order admitting attorney Hashim Rahman, Esq., pro hac vice in the above matter; and the Court finding good cause after having read and considered all submissions in connection with the motion;

IT IS on this ___4th___ day of ___August___, 2025,

ORDERED that Hashim Rahman, Esq., is hereby admitted pro hac vice to represent the Plaintiff in this litigation in association with New Jersey counsel, Sofia Balile, Esq., in the above matter; and

IT IS FURTHER ORDERED that:

1.      Ms. Balile, who is admitted to practice before this Court, shall file papers, enter appearances for parties, sign stipulations, and sign and receive payments on judgments, decrees or orders in accordance with Local Civil Rule 101.1(c)(4);

2.    Mr. Rahman shall, if he has not already done so, pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) within twenty (20) days from the date of the entry of this order;

3.    Mr. Rahman shall, if he has not already done so, make a payment of $250 to the Clerk of the United States District Court in accordance with Local Rule 101.1(c)(3) within twenty (20) days of the date of the entry of this order;

4.    Mr. Rahman shall be bound by the Local Civil and Criminal Rules of the United States District Court for the District of New Jersey as well as the New Jersey Rules of Professional Conduct;

5.    Mr. Rahman shall promptly advise the Court of the institution of new disciplinary proceedings against him;

6.    Mr. Rahman shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees; and

7.    Mr. Rahman may file a request, the form of which is available at the Court's website, with the Clerk of the Court for pro hac vice counsel to receive electronic filings in this matter.



—————————————————————————————————

Hon.  James B. Clark
United States Magistrate Judge