**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Madelines Chaparro Rios | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [Local Civil rule 6.1(b)] |
| **Plaintiff(s)** | |
| v. | Civil Action No. ~~2:25-cv-13884-JXN-JB~~ |
| Oxygen XL, et al. | |
| **Defendant(s)** | |

Application is hereby made for a Clerk's Order extending time within which defendant(s)

_____ Fair Collections & Outsourcing, Inc. _____

may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

    1. No previous extension has been obtained;
    2. Service of Process was effected on 7-25-2025____; and
    3. Time to Answer, Move or otherwise Reply expires on 8-5-2025_____.

    /s/ Aaron R. Easley_____
Attorney for Defendant(s)

  3 Cross Creek Drive_____
Mailing Address

 Flemington, NJ 08822_____
City, State, Zip Code

ORDER

    The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to  August 18, 2025__.
ORDER DATED: _____

By:_____
            Deputy Clerk