DNJ-CMECF-002 (Rev. 6/2025)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Madeline Chaparro Rios,<br><br>Plaintiff(s),<br><br>v.<br><br>Oxygen XL et al.<br><br>Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No.  2:25-cv-13884-JXN-JBC |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1.  An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.  If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Hashim Rahman

Firm: Rahman Legal

Address: 43 W. 43rd Street, Suite 204

New York, NY 10036

Email: hrahman@rahmanlegal.com

Phone: 212-301-7641

Admitted on behalf of: the Plaintiff