**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

-------------------------------------------------------------------X

Madeline Chaparro Rios,

                Plaintiff,                      Hon. Julien Xavier Neals

                                        Case No. 2:25-cv-13884-JXN-JBC

        v.

Oxygen XL, Fair Collections & Outsourcing, Inc.,      **NOTICE OF MOTION FOR**
Experian Information Solutions, Inc.,                 **REMAND**
Trans Union LLC, and Equifax Information
Services LLC,

                    Defendants.

-------------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the accompanying memorandum and declaration the

Plaintiff shall move this Court before the Honorable Julien Xavier Neals of the United States

District Court for the District of New Jersey, at the Martin Luther King Jr. Courthouse, 50

Walnut Street, Newark, New Jersey, 07101, on October 6, 2025, for an order remanding the

present case to state court.

Dated : August 27, 2025

                                     Respectfully submitted,

                                     By: _____

                                     Hashim Rahman, Esq. (*pro hac* vice)
                                     Rahman Legal
                                     43 W 43rd Street, Suite 204
                                     New York, NY 10036
                                     hrahman@rahmanlegal.com
                                     Phone: (212) 301-7641

                                   By: /s/ Sofia Balile
                                   Sofia Balile, Esq. (Attorney ID 010932003)
                                   The Law Office of Sofia Balile
                                   155 Water Street
                                   4th Floor, Suite 4-1
                                   Brooklyn, NY 11201
                                   Tel. 646-580-6116
                                   sofia@balilelaw.com