**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

-------------------------------------------------------------------X

Madeline Chaparro Rios,

                      Plaintiff,                        Hon. Julien Xavier Neals

                                              Case No. 2:25-cv-13884-JXN-JBC

                v.

Oxygen XL, Fair Collections & Outsourcing, Inc.,    **DECLARATION IN SUPPORT OF**
Experian Information Solutions, Inc.,                    **MOTION TO REMAND**
Trans Union LLC, and Equifax Information
Services LLC,

                      Defendants.

-------------------------------------------------------------------X

I, Hashim Rahman, of full age, upon my oath, hereby state as follows:

1.      I represent the Plaintiff in the above-stated action.  I submit this declaration in support of the Plaintiff's motion for a limited remand to state court.

2.      Attached hereto as Exhibit A is a true and correct copy of a motion filed in the Superior Court of the State of New Jersey.

I declare that the foregoing statements made by me are true and correct.  I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: August 27, 2025

_____

Hashim Rahman, Esq. (*pro hac* vice)
Rahman Legal
43 W 43rd Street, Suite 204
New York, NY 10036
hrahman@rahmanlegal.com
Tel. (212) 301-7641