# Exhibit A

Sofia Balile, Esq. (Attorney ID 010932003)
The Law Office of Sofia Balile
155 Water Street
4th Floor, Suite 4-1
Brooklyn, NY 11201
Tel. 646-580-6116
sofia@balilelaw.com
*Attorney for the Plaintiff*

------------------------------------------------------------------X

Madeline Chaparro Rios,

                                   Plaintiff,

                 v.

Oxygen XL, Fair Collections & Outsourcing, Inc.,
Experian Information Solutions, Inc.,
Trans Union LLC, and Equifax Information
Services LLC,

                               Defendants.

------------------------------------------------------------------X

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: BERGEN COUNTY
DOCKET NO. BER-L-004569-25

CIVIL ACTION

**<u>NOTICE OF MOTION</u>**

**PLEASE TAKE NOTICE** that 15th day of August 2025 at 10 AM, or as soon thereafter as counsel may be heard, the undersigned attorney of record for the Plaintiff shall move before the Superior Court of New Jersey, Law Division, Hudson County, at 583 Newark Avenue, Jersey City, New Jersey 07306, for entry of an Order:

       1.       Deeming Plaintiff's Complaint filed as of July 3, 2025, the date on which it was submitted via the Judiciary Electronic Document Submission (JEDS) portal;

       2.       Directing the refund of the $250.00 JEDS filing fee to Plaintiff due the re-filing of the same Complaint through eCourts; and

       3.       Granting such other and further relief as the Court may deem just and equitable.

      **PLEASE TAKE FURTHER NOTICE** that in accordance with the provisions of Rule 1:6-2, a proposed form of Order is annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiff shall rely upon the annexed Certification and supporting documents.

Dated: July 25, 2025

Respectfully submitted,

By_____

Sofia Balile, Esq. (Attorney ID 010932003)
The Law Office of Sofia Balile
155 Water Street
4th Floor, Suite 4-1
Brooklyn, NY 11201
Tel. 646-580-6116
sofia@balilelaw.com

Sofia Balile, Esq. (Attorney ID 010932003)
The Law Office of Sofia Balile
155 Water Street
4th Floor, Suite 4-1
Brooklyn, NY 11201
Tel. 646-580-6116
sofia@balilelaw.com
*Attorney for the Plaintiff*
-----------------------------------------------------------------X

Madeline Chaparro Rios,

                    Plaintiff,

         v.

Oxygen XL, Fair Collections & Outsourcing, Inc.,
Experian Information Solutions, Inc.,
Trans Union LLC, and Equifax Information
Services LLC,

               Defendants.
-----------------------------------------------------------------X

|  | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: BERGEN COUNTY DOCKET NO. BER-L-004569-25 |
|---|---|

CIVIL ACTION

**ATTORNEY CERTIFICATION IN SUPPORT OF RELIEF TO DEEM COMPLAINT FILED AS OF JULY 3, 2025**

    I, Sofia Balile, Esq., an attorney admitted to practice law in the State of New Jersey, affirm under penalty of perjury as follows:

    1.    I am the attorney for the Plaintiff in the above-captioned matter, and I submit this affidavit in support of the request that the Court deem the Complaint filed as of July 3, 2025 – the date of original submission via the Judiciary Electronic Document Submission (JEDS) portal.

    2.    For the reasons herein, we respectfully request that the Court issue an Order deeming the Complaint filed as of July 3, 2025, and directing a refund of the JEDS filing fee to avoid double payment for the same filing.

    3.    On July 3, 2025, a Complaint, Case Information Statement, and Summons were electronically submitted through JEDS (Transaction ID: EF-3474824). On the same day, we

received an eFiling confirmation confirming that the filing had been successfully submitted, please see the confirmation email attached hereto as **Exhibit A**.

4.  Four days later, on July 7th, we received a Deficiency Notice stating, "Other – Attorneys must file through eCourts." This notice was unclear, as our office had previously filed documents via JEDS without issue.

5.  On July 8th, we contacted the Superior Court Clerk's Office at (609) 421-6100 seeking clarification. We were instructed to email SCO.Mailbox@njcourts.gov. We sent a clarification email the same day and followed up again on July 9, please see the email correspondence attached hereto as **Exhibit B**.

6.  Despite our follow-up, no response had been received by July 9th. To expedite the resolution, we reached out to the Superior Court Clerk's Office once more and were directed to contact the Bergen County Clerk's Office directly at (201) 221-0700. Upon doing so, we were informed for the first time that all filings must now be submitted exclusively through eCourts. When we inquired about the change in procedure, it was reiterated that this was simply how it's done.

7.  We also inquired whether the original July 3rd filing date could be maintained for the subsequent eCourt filing, given that the documents were initially submitted via JEDS on July 3rd and the deficiency has since been resolved. After being transferred to another individual, we were told that the official filing date would be deemed the date of submission in eCourts and that no backdating would be permitted despite the filing of the same documents and correcting the deficiency as requested.

8.  In compliance with that direction, we refiled the Complaint on July 9th via eCourts.

9.      At all times, our office acted diligently and in good faith. After receiving the deficiency letter, we took prompt action to correct the deficiency notice in accordance with the instructions provided by the Superior Court Clerk's Office and Bergen County Clerk's Office.

10.     Accordingly, the July 3rd date should be recognized as the official filing date, as the submitted documents were complete and compliant, and the deficiency was promptly addressed which does not affect the substantive validity of the filing.

11.     Furthermore, in connection with the initial JEDS submission, our office was charged a $250.00 filing fee. Upon requesting a refund due to the subsequent re-filing through eCourts, we were advised that a refund was not permitted absent a court order, please see the letter received attached hereto as **Exhibit C**.

12.     Pursuant to New Jersey Administrative Directive 03-16, attached hereto as **Exhibit D**, "Once the document is received, the filing party is entitled to a refund as a matter of course … Where the filing party remitted payment in anticipation of the court permitting the filing of that document, but the court subsequently did not permit the filing." This precisely reflects the circumstances here. Our office submitted the filing and paid the required fee in good faith, in anticipation of the court permitting the filing, but the filing on JEDS was subsequently rejected via a deficiency notice. Resolving the deficiency required that the filing be resubmitted through the eCourts system; however, our office was still charged a separate filing fee for the identical case and documents, in addition to the initial fee paid for the JEDS submission.

13.     Directive 03-16 also clarifies situations where fees shall not be refunded absent a court order. Specifically, the directive lists the following:

1. Where a filing party transmits a document multiple times and the court receive it multiple times;
2. Where pleadings such as complaints or trial de novo applications are filed by both parties on the same day or within a few days of each other;

3. Where a motion is either denied by the court or withdrawn by the filing party after the document was stamped as received;

4. Where a writ of execution or wage execution is denied or withdrawn after the document was stamped as received;

5. Where a warrant is denied or withdrawn after the document was stamped as received; and

6. Where a document is considered "non-conforming" or is missing required.

14. None of the examples listed in Directive 03-16 apply to our situation as we received a deficiency letter to correct the filing, which we promptly corrected and consistent with the guidance in the letter we received from the Clerk's Office, we are requesting a refund pursuant to Court Order.

15. Under normal circumstances, correcting a deficiency through JEDS would not incur an additional fee; however, because the Clerk's Office required us to refile through eCourts instead, we were charged a second time for the same filing in the same case—effectively resulting in a duplicate charge where only one fee should apply.

16. For these reasons, we respectfully request that the Court issue an Order deeming the Complaint filed as of July 3, 2025, and directing a refund of the JEDS filing fee to avoid double payment for the same filing.

Dated: July 25, 2025

By_____

Sofia Balile, Esq. (Attorney ID 010932003)
The Law Office of Sofia Balile
155 Water Street
4th Floor, Suite 4-1
Brooklyn, NY 11201
Tel. 646-580-6116
sofia@balilelaw.com

# **<u>Exhibit A</u>**

 Gmail

**Sofia Balile <sofia.balile@gmail.com>**

---

## NJ Courts eFiling Confirmation - EF-3474824

---

**JEDSDoNotReply.Mailbox@njcourts.gov** <JEDSDoNotReply.Mailbox@njcourts.gov>          Thu, Jul 3, 2025 at 5:01 PM
To: sofia.balile@gmail.com, sofia@balilelaw.com

New Jersey Courts
Your filing has been successfully submitted. Below are the details for your reference:

| | |
|---|---|
| Transaction ID: | EF-3474824 |
| Filing submitted by: | Sofia Balile, Sofia Balile |
| Filed date: | 07/03/2025 05:01:50 PM |
| Court/Division: | Civil |
| Docket type: | Suing for over $20,000 (law division cases) and Adult Name Changes |
| Filing type: | Complaint |
| Case number: | Not available |
| Filing fee: | $250.00 |
| Payment*: | $257.50 - Credit card #255651074 |

Documents filed:

| Document type | Document description | File name |
|---|---|---|
| Complaint | Complaint | Complaint MCR v Oxygen et al.pdf |
| Case information statement | Case information statement | CIS MCR v Oxygen et al.pdf |
| Other | Summons MCR v Oxygen et al copy | Summons MCR v Oxygen et al copy.pdf |

*Credit card transactions have a 3% service fee applied to the filing fee.*
This email is for notification purposes only and was sent from a notification-only address that cannot accept incoming email. **Please do not reply to this message.**

# **<u>Exhibit B</u>**

BER-L-004569-25   07/25/2025 5:43:03 PM   Pg 2 of 2   Trans ID: LCV20252105619

7/23/25, 11:20 AM Case 2:25-cv-13884-JXN-JBC   Document 14-2   Deficiency Notice for Transaction ID: EF-3474824 Filed 08/27/25   Page 11 of 21 PageID: 121

 Gmail

**Anita Jiang <anita.balilelaw@gmail.com>**

## Question Re: Deficiency Notice for Transaction ID: EF-3474824

2 messages

---

**Anita Jiang** <anita.balilelaw@gmail.com>                                Tue, Jul 8, 2025 at 3:17 PM
To: SCO.Mailbox@njcourts.gov

Good afternoon,

I am reaching out on behalf of the Law Office of Sofia Balile. Our office recently filed a summons, complaint, and CIS but received a deficiency notice (Transaction ID: EF-3474824) stating that "Other-Attorneys must file through eCourts."

Can you please clarify what needs to be done to resolve this?

In case this is relevant, there are two attorneys for the Plaintiff: Sofia Balile, Esq. and Hashim Rahman, Esq. Ms. Balile is the filer and Mr. Rahman will be applying for pro hac vice once we get the case number.

Thank you,
Anita Jiang

---------
The Law Offices of Sofia Balile Esq.
155 Water Street
Brooklyn, NY 11201
T. 646-580-6116
F. 877-516-5646



---

**Anita Jiang** <anita.balilelaw@gmail.com>                                Wed, Jul 9, 2025 at 2:29 PM
To: SCO.Mailbox@njcourts.gov

Good afternoon,

I am reaching out to follow up on my previous email. The filing is time sensitive so we would like to resolve the issue as soon as possible.

Thank you!
Anita
[Quoted text hidden]

--
Best Regards,
Anita Jiang
[Quoted text hidden]

# **<u>Exhibit C</u>**



New Jersey Courts
Independence • Integrity • Fairness • Quality Service

Administrative Office of the Courts

**Steven D. Bonville, Esq.**
Chief of Staff

**Michelle M. Smith, Esq.**
Clerk of the Superior Court

**Kathryn Gilbertson Shabel, Esq.**
Deputy Clerk

Richard J. Hughes Justice Complex • P.O. Box 971 • Trenton, NJ 08625-0037          njcourts.gov • Tel: 609-815-2900 ext. 54200 •

July 22, 2025

Anita Jiang
Via Email: anita.balilelaw@gmail.com

        Re:  JEDS Refund- EF-3474824

Dear Sir or Madam,

        This letter is in response to your July 9, 2025, email correspondence regarding a refund for a Judiciary Electronic Document Submission (JEDS) filing fee in connection with transaction ID# EF-3474824.

        The Judiciary dockets a document upon (1) the transmission of the electronically transmitted document to an approved Judiciary repository or (2) upon receipt of the document filed on paper. Where a document is deemed received, whether on paper or electronically, the appropriate fee is due and required and cannot be refunded, pursuant to Directive 03-16. This applies to all fee payment types.

        The fee for a Complaint is $250.00. You submitted documents with the Bergen County Civil Division on July 03, 2025, and the account was therefore charged the correct amount. Pursuant to Directive 03- 16, a refund is not permitted absent a court order.

                        Sincerely,

                        Michelle M. Smith, Esq.
                        Clerk of the Superior Court






# **Exhibit D**



**New Jersey Courts**

Independence • Integrity • Fairness • Quality Service

Administrative Office of the Courts

GLENN A. GRANT, J.A.D.

Acting Administrative Director of the Courts

www.njcourts.com • phone: 609-984-0275 • fax: 609-984-6968

| | | |
|---|---|---|
| **To:** | **Assignment Judges** <br> **Trial Court Administrators** | **Directive #03-16** |
| **From:** | Glenn A. Grant, J.A.D. | |
| **Date:** | June 7, 2016 | |
| **Subj:** | **Limitations on the Refunds of Court Filing Fees Where There is No Court Order** | |

This directive outlines a change in the procedure for providing refunds of court filing fees where there is not a court order indicating that a refund should occur. It replaces and supersedes all previous directives, memorandum and bulletins regarding the refund of filing fees. It is being issued after review by all of the divisional conferences and the Administrative Council.

This directive establishes specific criteria and a consistent uniform approach for the refund of filing fees in the Superior Court. Further, it clarifies that a document is deemed received upon (1) the transmission of the electronically transmitted document to an approved Judiciary repository or (2) upon being stamped as received if the document was transmitted to the court on paper.

Rule 1:32-2A provides that a document electronically filed or maintained has the "same force and effect as data and documents maintained by the clerks of court in paper form." Directive #01-14 ("Electronic Records Management Guidelines") further provides that the "content of an original record or an electronically executed document must be secure and shall not be altered or enhanced." Where a document is electronically transmitted to an approved Judiciary repository (e.g., JEFIS, eCourts), the document must appear in the court record without alteration. This same practice applies to the collection of fees for documents submitted on paper. Thus, where a document is deemed received, whether on paper or electronically, the appropriate fee is due and required and cannot be refunded absent a court order. This directive applies to all fee payment types, including cash, check, money order and Judiciary collateral account.

Once the document is received, the filing party is entitled to a refund as a matter of course only in certain limited instances. Those instances are:

Richard J. Hughes Justice Complex • P.O. Box 037 • Trenton, New Jersey 08625-0037

Directive # 03-16
June 7, 2016
Page 2

    1. Where the filing party remitted payment in an amount that exceeded the amount of the fee to be charged;

    2. Where the filing party remitted payment in anticipation of the court permitting the filing of that document, but the court subsequently did not permit the filing;

    3. Where the filing party's document was "received not filed" pursuant to Rule 1:5-6 and the filing party failed to correct the deficiency; or

    4. Where an order has been issued by the court directing the refund of court filing fees paid by a party.

Thus, where a filing party fails to meet any of the instances noted above, a refund shall not be issued.

The change in procedure is in those instances where a refund has been permitted absent a court order. Historically, refunds in many instances have been permitted at the discretion of the division manager, without requiring the citing of a specific authority permitting the return of the filing fee to the party. This practice has resulted in a lack of consistency and uniformity regarding the refund of filing fees.

This directive clarifies those instances where a filing fee **shall not** be refunded absent a court order, such as:

    1. Where a filing party transmits a document multiple times and the court receives it multiple times;

    2. Where pleadings such as complaints or trial de novo applications are filed by both parties on the same day or within a few days of each other;

    3. Where a motion is either denied by the court or withdrawn by the filing party after the document was stamped as received;

    4. Where a writ of execution or wage execution is denied or withdrawn after the document was stamped as received;

    5. Where a warrant is denied or withdrawn after the document was stamped as received; and

    6. Where a document is considered "non-conforming" or is missing required documents (such as a certification or proof of mailing).

In addition, pre-paid fees pertaining to Special Civil Part Officers pursuant to N.J.S.A. 22A:2-37.2 shall be refunded if an application is denied.

Directive # 03-16
June 7, 2016
Page 3


Questions regarding this directive may be directed to Superior Court Clerk Michelle Smith by email at Michelle.Smith@njcourts.gov or by phone at 609-984-4200.


G.A.G

cc:    Chief Justice Stuart Rabner
       Steven D. Bonville, Chief of Staff
       AOC Directors and Assistant Directors
       Clerks of Court
       Finance Division Managers
       Family Division Managers
       Criminal Division Managers
       Municipal Division Managers
       Civil Division Managers

Sofia Balile, Esq. (Attorney ID 010932003)
The Law Office of Sofia Balile
155 Water Street
4th Floor, Suite 4-1
Brooklyn, NY 11201
Tel. 646-580-6116
sofia@balilelaw.com
*Attorney for the Plaintiff*

-------------------------------------------------------------------X

Madeline Chaparro Rios,

Plaintiff,

v.

Oxygen XL, Fair Collections & Outsourcing, Inc.,
Experian Information Solutions, Inc.,
Trans Union LLC, and Equifax Information
Services LLC,

Defendants.

-------------------------------------------------------------------X

SUPERIOR COURT OF NEW JERSEY

LAW DIVISION: BERGEN COUNTY
DOCKET NO. BER-L-004569-25

CIVIL ACTION

**PROPOSED ORDER**

**THIS MATTER**, having been opened to the Court by the Law Office of Sofia Balile, counsel for Plaintiff Madeline Chapparro Rios, on a Motion for relief to deem the Complaint filed as of July 3, 2025, and for other relief, and the Court having considered all motion and opposition papers and the arguments of counsel, if any, and for other good cause shown:

**IT IS** on this ___ day or _____ 2025, **ORDERED** that Plaintiff's Motion

1.     Deeming Plaintiff's Complaint filed as of July 3, 2025, the date on which it was submitted via the Judiciary Electronic Document Submission (JEDS) portal;

2.     Directing the refund of the $250.00 JEDS filing fee to Plaintiff due the re-filing of the same Complaint through eCourts; and

3.     Granting such other and further relief as the Court may deem just and equitable

is **HEREBY GRANTED**

A true copy of this Order shall be provided to all counsel of record within seven (7) days of receipt.

**IT IS SO ORDERED**.

_____
J.S.C

___ Opposed

___ Unopposed

Sofia Balile, Esq. (Attorney ID 010932003)
The Law Office of Sofia Balile
155 Water Street
4th Floor, Suite 4-1
Brooklyn, NY 11201
Tel. 646-580-6116
sofia@balilelaw.com
*Attorney for the Plaintiff*

---------------------------------------------------------------X

Madeline Chaparro Rios,

                         Plaintiff,

               v.

Oxygen XL, Fair Collections & Outsourcing, Inc.,
Experian Information Solutions, Inc.,
Trans Union LLC, and Equifax Information
Services LLC,

                   Defendants.

---------------------------------------------------------------X

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: BERGEN COUNTY
DOCKET NO. BER-L-004569-25

CIVIL ACTION

**<u>CERTIFICATION OF SERVICE</u>**

      I, SOFIA BALILE, ESQ., an attorney duly admitted to practice before the Courts of the

State of New Jersey, hereby certifies as follows:

     1.      I am the attorney for the Plaintiff in the above-captioned matter.

     2.      I affirm that on service was made on [date of service] via [method of service]

upon the Defendants at the following addresses:

| **Oxygen XL**<br>1620 Route 22, Suite 205-D<br>Union, NJ, 07083 | **Fair Collections & Outsourcing, Inc**.<br>12304 Baltimore Avenue, Ste. E<br>Beltsville, MD, 20705 |
|---|---|
| **Experian Information Solutions, Inc.**<br>475 Anton Boulevard<br>Costa Mesa, CA, 92626. | **Trans Union LLC**<br>555 W. Adams Street<br>Chicago, IL, 60661 |

**Equifax Information Services LLC**
1550 Peachtree Street, N.W.
Atlanta, GA, 30309

Dated: July 25, 2025

Respectfully submitted,

By_____
Sofia Balile, Esq. (Attorney ID 010932003)
The Law Office of Sofia Balile
155 Water Street
4th Floor, Suite 4-1
Brooklyn, NY 11201
Tel. 646-580-6116
sofia@balilelaw.com