**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

---------------------------------------------------------------------X

Madeline Chaparro Rios,

                       Plaintiff,                      Hon. Julien Xavier Neals

                                             Case No. 2:25-cv-13884-JXN-JBC

          v.

Oxygen XL, Fair Collections & Outsourcing, Inc.,
Experian Information Solutions, Inc.,
Trans Union LLC, and Equifax Information
Services LLC,

                       Defendants.

--------------------------------------------------------------------X

**MEMORANDUM IN SUPPORT OF**
**MOTION TO REMAND**

The Plaintiff moves the Court to order a limited remand of this action to the Superior Court of New Jersey. On July 29, 2025, Defendant Fair Collections Outsourcing, Inc., filed a Notice of Removal. (ECF Doc. # 1.) As per the notice, the removal was based on federal question jurisdiction under 28 U.S.C. §§ 1331 and 1441. (*Id.* at 2.)

Four days before the Defendant's removal notice was filed, the Plaintiff submitted a motion in the state court. (*See* Rahman Decl., Ex. A.) The said motion was pending when the Defendant filed its removal notice. (*See id.*, ECF Doc. #1.) As asserted, the Plaintiff's state court motion sought relief from a filing date error and a payment error by the state court clerk's office. (*See* Rahman Decl., Ex. A.) As per the motion, the Plaintiff sought correction of the case filing date to July 3, 2025. (*Id.*) The Plaintiff also sought a reversal of filing fees. (*Id.*)

As per 28 U.S.C. § 1447(c), a federal court can remand a case based on a defect in the removal process or a lack of subject matter jurisdiction. Here, the Plaintiff is not asserting a

defect in the removal process, and the Plaintiff is not asserting that this Court lacks subject matter jurisdiction over the case in its entirety.  However, since the issues set forth in the state court motion were specific to the state court filing system, the Plaintiff contends that such issues are best addressed by the Superior Court of New Jersey.  It is also contended that this Court does not have jurisdiction to rule on the issues raised in the state court motion as the Plaintiff sought to compel the court clerk to perform an action.

Based on the above, the Plaintiff requests an order 1) remanding the case to state court to allow it to render a decision on the motion, and 2) staying the present federal action while the said motion is pending.

Dated : August 27, 2025

Respectfully submitted,

By: _____
Hashim Rahman, Esq. (*pro hac* vice)
Rahman Legal
43 W 43rd Street, Suite 204
New York, NY 10036
hrahman@rahmanlegal.com
Phone: (212) 301-7641


By: /s/ Sofia Balile_____
Sofia Balile, Esq. (Attorney ID 010932003)
The Law Office of Sofia Balile
155 Water Street
4th Floor, Suite 4-1
Brooklyn, NY 11201
Tel. 646-580-6116
sofia@balilelaw.com

2