# JONES DAY

250 VESEY STREET  •  NEW YORK, NEW YORK  10281.1047

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

Direct Number:  +1.212.326.3727
ECAREY@JONESDAY.COM

September 12, 2025

**<u>VIA ECF</u>**

Hon. Julien Xavier Neals
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

     Re: *Madeline Chaparro Rios v. Oxygen XL, et al.*, No. 2:25-cv-13884 (D.N.J.)

Dear Judge Neals:

     Defendants Fair Collections & Outsourcing, Inc. and Experian Information Solutions, Inc. respectfully submit this letter in response to Plaintiff's Motion for Remand, dated August 27, 2025. ECF No. 14.  Defendants do not oppose a limited remand for purposes of allowing the state court to render a decision on Plaintiff's pending motion related to the date of the state court Complaint and associated filing fees.  Nor do Defendants oppose a stay of the present federal action while said motion is pending.

     Defendants maintain, however, that this matter belongs in federal court.  Plaintiff's Amended Complaint, ECF No. 16, only brings claims under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 et seq., and the Fair Debt Collections Practices Act, 15 U.S.C. §§ 1692 et seq. Plaintiff does not bring any state claims in her Amended Complaint.  This Court thus has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §§1331 and 1441 as the claims arise under the laws of the United States.  This matter should proceed in federal court following the resolution of Plaintiff's state court motion, and Defendants reserve all rights to remove.

     Defendants appreciate Your Honor's time and consideration.

     Respectfully submitted,

*/s/ Emily A. Carey*               */s/ Aaron R. Easley*
Emily A. Carey                 Aaron R. Easley
JONES DAY                    SESSIONS, ISRAEL & SHARTLE, LLC
250 Vesey St.                  3 Cross Creek Dr.
New York, NY 10281           Flemington, NJ 08822
(212) 326-3727                 (908) 237-1660
ecarey@jonesday.com         aeasley@sessions.legal

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON