UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

MADELINE CHAPARRO RIOS                Case No.: 2:25-CV-13884-JXN-JBC

      Plaintiff,

v.

OXYGEN XL
FAIR COLLECTION & OUTSOURCING, INC.
EXPERIAN INFORMATION SOLUTIONS, INC.
TRANS UNION LLC
EQUIFAX INFORMATION SERVICES LLC

      Defendants.

---

## DEFENDANT OXYGEN, XL'S ANSWER TO PLAINTIFF MADELINE CHAPARRO RIOS'S AMENDED COMPLAINT

Defendant Oxygen XL ("Oxygen" or "Defendant"), by and through its undersigned counsel, submits the following Answer and Affirmative Defenses to the Plaintiff's Amended Complaint and states:

1.      Oxygen admits Plaintiff brings this case for alleged violations of the Fair Credit Reporting Act and Fair Debt Collection Practices Act.  Oxygen denies that any violation of the FCRA or FDCPA occurred. Oxygen is without knowledge or information sufficient to form a belief about the truth of Paragraph 1; therefore, it denies the same.

## PRELIMINARY STATEMENT

2.      To the extent Paragraph 2 implies Oxygen failed to comply with the FDCPA, Oxygen denies Paragraph 2.  Oxygen lacks knowledge or information

1

sufficient to form a belief about the truth of the remainder of Paragraph 2; therefore, it denies the same.

## JURISDICTION AND VENUE

3. Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 3; therefore, it denies the same.

4. Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 4; therefore, it denies the same.

## THE PARTIES

5. Oxygen incorporates by reference Paragraph 5 as though fully stated herein.

6. Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 6; therefore, it denies the same.

7. Oxygen admits the location information in Paragraph 7 is generally correct. Oxygen admits that, at times, it acts as a "furnisher of credit reporting information" and a "debt collector" as defined by the FDCPA. Oxygen lacks knowledge or information sufficient to form a belief as to whether it acted as a furnisher or debt collector in this matter; therefore, it denies the same.

8. Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 8; therefore, it denies the same.

9. Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 9; therefore, it denies the same.

10.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 10; therefore, it denies the same.

11.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 11; therefore, it denies the same.

12.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 12; therefore, it denies the same.

## FACTUAL ALLEGATIONS

13.     Oxygen incorporates by reference Paragraph 13 as though fully stated herein.

14.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 14; therefore, it denies the same.

### i.     Actions and Omissions by Oxygen XL

15.     Oxygen incorporates by reference Paragraph 15 as though fully stated herein.

16.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 16; therefore, it denies the same.

17.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 17; therefore, it denies the same.

18.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 18; therefore, it denies the same.

19.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 19; therefore, it denies the same.

20.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 20; therefore, it denies the same.

21.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 21; therefore, it denies the same.

22.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 22; therefore, it denies the same.

23.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 23; therefore, it denies the same.

ii.     Actions and Omissions by Fair Collections

24.     Oxygen incorporates by reference Paragraphs 1-23 as though fully stated herein.

25.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 25; therefore, it denies the same.

26.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 26; therefore, it denies the same.

27.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 27; therefore, it denies the same.

28.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 28; therefore, it denies the same.

29.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 29; therefore, it denies the same.

30.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 30; therefore, it denies the same.

31.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 31; therefore, it denies the same.

iii.    Actions and Omissions by Experian

32.     Oxygen incorporates by reference Paragraphs 1-31 as though fully stated herein.

33.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 33; therefore, it denies the same.

34.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 34; therefore, it denies the same.

35.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 35; therefore, it denies the same.

36.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 36; therefore, it denies the same.

iv.     Actions and Omissions by Trans Union

37.     Oxygen incorporates by reference Paragraphs 1-36 as though fully stated herein.

38.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 38; therefore, it denies the same.

39.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 39; therefore, it denies the same.

40. Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 40; therefore, it denies the same.

41. Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 41; therefore, it denies the same.

42. Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 42; therefore, it denies the same.

43. Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 43; therefore, it denies the same.

v. Actions and Omissions by Equifax

44. Oxygen incorporates by reference Paragraphs 1-43 as though fully stated herein.

45. Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 45; therefore, it denies the same.

46. Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 46; therefore, it denies the same.

47. Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 47; therefore, it denies the same.

COUNT I
VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

48. Oxygen incorporates by reference all prior paragraphs as though fully stated herein.

49. Oxygen denies Paragraph 49, and each subpart thereto.

50. Oxygen denies Paragraph 50.

51.    Oxygen denies Paragraph 51.

52.    Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 52, and each subpart thereto; therefore, it denies the same.

53.    Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 53; therefore, it denies the same.

54.    Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 54; therefore, it denies the same.

55.    Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 55 and each subpart thereto; therefore, it denies the same.

56.    Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 56; therefore, it denies the same.

57.    Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 57; therefore, it denies the same.

58.    Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 58, and each subpart thereto; therefore, it denies the same.

59.    Oxygen lacks 59 or information sufficient to form a belief about the truth of Paragraph 59; therefore, it denies the same.

60.    Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 60; therefore, it denies the same.

61.    Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 61; and each subpart thereto therefore, it denies the same.

62.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 62; therefore, it denies the same.

63.     Oxygen lacks knowledge or information sufficient to form a belief about the truth of Paragraph 63; therefore, it denies the same.

## COUNT II
## VIOLATIONS OF THE FAIR DEBT COLLECTIONS PRACTICES ACT

64.     Oxygen incorporates by reference Paragraphs 1-63 as though fully stated herein.

65.     As to itself, Oxygen denies Paragraph 65.

66.     As to itself, Oxygen denies Paragraph 66.

67.     As to itself, Oxygen denies Paragraph 67.

68.     As to itself, Oxygen denies Paragraph 68.

69.     As to itself, Oxygen denies Paragraph 69.

70.     As to itself, Oxygen denies Paragraph 70.

71.     As to itself, Oxygen denies Paragraph 71.

## PRAYER FOR RELIEF

Oxygen denies that Plaintiff is entitled to any of the relief sought, or any other relief whatsoever.

## TRIAL BY JURY DEMANDED ON ALL COUNTS

Oxygen admits that Plaintiff seeks a jury trial.

## AFFIRMATIVE DEFENSES

1.      Any violation, if it occurred, was the result of a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

2.      Plaintiff's damages, if any, are the result of the actions of third parties over whom Oxygen has no control.

Oxygen.

4.      Plaintiff has failed to mitigate damages, if any.

5.      Plaintiff proximately caused his own damages, if any.

WHEREFORE, Defendant Oxygen XL respectfully requests this Court to dismiss Plaintiff's claims with prejudice and for any such other relief as this court deems just and proper.

Dated: September 18, 2025

LIPPES MATHIAS LLP

s/ Sean M. O'Brien
Sean M. O'Brien, Esq.
New Jersey Bar #093702013
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: sobrien@lippes.com
*Attorneys for Defendant Oxygen XL*