UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

MADELINE CHAPARRO RIOS              Case No.: 2:25-CV-13884-JXN-JBC

       Plaintiff,

v.

OXYGEN XL
FAIR COLLECTION & OUTSOURCING, INC.
EXPERIAN INFORMATION SOLUTIONS, INC.
TRANS UNION LLC
EQUIFAX INFORMATION SERVICES LLC

       Defendants.

---

### DEFENDANT LEAFY FINANCIAL, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Oxygen XL ("Defendant"), by and through its undersigned attorneys, hereby notifies this Court and all parties of the following:

1.     Defendant does not have any parent corporation.

2.     No publicly held corporation owns 10% or more interest of Defendant.

Dated: September 18, 2025

LIPPES MATHIAS LLP

s/ Sean M. O'Brien
Sean M. O'Brien, Esq.
New Jersey Bar #093702013
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: sobrien@lippes.com
*Attorneys for Defendant Oxygen XL*