**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

---------------------------------------------------------------------X

Madeline Chaparro Rios,

                        Plaintiff,                Hon. James B. Clark, III

                                         Case No. 2:25-cv-13884-JXN-JBC

          v.

Oxygen XL, Fair Collections & Outsourcing, Inc.,
Experian Information Solutions, Inc.,
Trans Union LLC, and Equifax Information
Services LLC,

                        Defendants.

---------------------------------------------------------------------X

**ORDER**

     The Plaintiff's motion to extend the time to submit a joint discovery plan is granted. The

joint discovery plan is due on October 3, 2025.

                                     **So Ordered on October 3, 2025**

                                     *s/ James B. Clark, III*
                                      **JAMES B. CLARK, III**
                                      **United States Magistrate Judge**