**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (Newark)**

---

MADELINE CHAPARRO RIOS,

        PLAINTIFF,

    vs.                         CASE NO: 2:25-cv-13884-JXN-JBC

OXYGEN XL, FAIR COLLECTIONS & OUTSOURCING, INC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, AND EQUIFAX INFORMATION
SERVICES LLC,

        Defendants.

---

**DEFENDANT TRANS UNION, LLC'S ANSWER TO PLAINTIFF'S**
**FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES**

---

COMES NOW, Defendant Trans Union LLC ("Trans Union") by and through the undersigned counsel and hereby files its Answer and Defenses to Plaintiff's Complaint ("Complaint"). The paragraph numbers below correspond to the paragraphs contained in the Complaint to the extent possible.

1. ANSWER: Trans Union admits only that Plaintiff has asserted claims pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ("FCRA") and the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, et seq against the named Defendants. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

**PRELIMINARY STATEMENT**

2. ANSWER: Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations are legal conclusions and, so stating, denies them.

1

**JURISDICTION AND VENUE**

3.  **ANSWER:** Trans Union admits, soley based on the allegations contained in Plaintiff's Complaint that jurisdiction is proper pursuant to 15 U.S.C. § 1681p.

4.  **ANSWER:** Trans Union admits, solely based on the allegations contained in Plaintiff's Complaint, that venue is proper in this Court.

**THE PARTIES**

5.  **ANSWER:**  Trans Union reasserts its answers and responses set forth herein.

6.  **ANSWER**: Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

7.  **ANSWER**: Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

8.  **ANSWER**: Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

9.  **ANSWER**: Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

10. **ANSWER:** Trans Union admits that it is a limited liability company organized under the laws of the State of Delaware with its principal place of business located in Chicago, Illinois. Trans Union admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

11. **ANSWER**: Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

12. **ANSWER:** Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union further states the allegations of this paragraph with respect to Trans Union are legal conclusions and, so stating, denies them. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

**FACTUAL ALLEGATIONS**

13. **ANSWER:**  Trans Union reasserts its answers and responses set forth herein.

14. **ANSWER**: Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

i.        **Actions and Omissions by Oxygen XL**

15. **ANSWER:**  Trans Union reasserts its answers and responses set forth herein.

16. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

3

17. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

18. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

19. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

20. **ANSWER:** Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

21. **ANSWER:** Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations with respect to Trans Union, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

22. **ANSWER:** Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations with respect to Trans Union, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations are legal conclusions and, so stating, denies them. Further, Trans Union denies that the remaining statement require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

23. **ANSWER:** Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations with respect to Trans Union, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations are legal conclusions and, so stating, denies them. Further, Trans Union denies that the remaining statements require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

ii.       **Actions and Omission by Fair Collections**

24. **ANSWER:**  Trans Union reasserts its answers and responses set forth herein.

25. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

26. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

27. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

28. **ANSWER:** Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations which has the effect of a denial under Rule 8(b)(5). Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them. Further, Trans Union denies that the remaining  statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

29. **ANSWER:** Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the remining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

30. **ANSWER:** Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

31. **ANSWER:** Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union further denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

### iii.    Actions and Omission by Experian

32. **ANSWER:**  Trans Union reasserts its answers and responses set forth herein.

33. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

34. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

35. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

36. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

iv.      **Actions and Omission by Trans Union**

37. **ANSWER:**  Trans Union reasserts its answers and responses set forth herein.

38. **ANSWER:** Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

39. **ANSWER:** Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union  states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

40. **ANSWER:** Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union further states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

41. **ANSWER:** Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union further states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

42. **ANSWER:** Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union further states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

43. **ANSWER:** TransUnion denies the allegations contained in this paragraph. Trans Union further states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

### V.    **Actions and Omission by Equifax**

44. **ANSWER:**  Trans Union reasserts its answers and responses set forth herein.

45. **ANSWER:** Trans Union  denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

46. **ANSWER:** Trans Union  denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

47. **ANSWER:** Trans Union  denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

### COUNT I
### VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

48. **ANSWER:**  Trans Union reasserts its answers and responses set forth herein.

49. **ANSWER:** Trans Union denies that the statements contained in this paragraph, including all discrete subparts, require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

50. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

51. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

52. **ANSWER:** Trans Union denies that the statements contained in this paragraph, including all discrete subparts, require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

53. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

54. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

55. **ANSWER:** Trans Union  denies that the statements contained in this paragraph, including all discrete subparts, require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

56. **ANSWER:** Trans Union  denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

57. **ANSWER:** Trans Union  denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

58. **ANSWER:** TransUnion denies the allegations contained in this paragraph.

A. **ANSWER:** TransUnion denies the allegations contained in this paragraph.
B. **ANSWER:** TransUnion denies the allegations contained in this paragraph.
C. **ANSWER:** TransUnion denies the allegations contained in this paragraph.
D. **ANSWER:** TransUnion denies the allegations contained in this paragraph.
E. **ANSWER:** TransUnion denies the allegations contained in this paragraph.
F. **ANSWER:** TransUnion denies the allegations contained in this paragraph.

59. **ANSWER:** TransUnion denies the allegations contained in this paragraph and Trans Union denies that it violated the FCRA (or any other law).

60. **ANSWER:** TransUnion denies the allegations contained in this paragraph and Trans Union denies that it violated the FCRA (or any other law).

61. **ANSWER:** Trans Union  denies that the statements contained in this paragraph, including all discrete subparts, require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

62. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

63. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

<u>**COUNT II**</u>
<u>**VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT**</u>

64. **ANSWER:** Trans Union reasserts its answers and responses set forth herein.

65. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

66. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

67. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

68. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

69. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered dored denied or avoided under Rule 8(b)(6).

11

70. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

71. **ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

### PRAYER FOR RELIEF

**ANSWER:** Trans Union incorporates its responses to each paragraph above as if fully set forth herein. Trans Union states the allegations contained in this paragraph assert a legal conclusion as to which no response is required. To the extent that a response is required, TransUnion denies the allegations contained in this paragraph.

### TRIAL BY JURY DEMANDED ON ALL COUNTS

**ANSWER:** Trans Union denies that the statements contained in this paragraph require a response from Trans Union.

### AFFIRMATIVE DEFENSES

TransUnion states the following defenses and reserves its right to asset other and additional defenses, cross claims and third-party claims not asserted herein of which it becomes aware through discovery or other investigation as may be appropriate at a later time. In asserting these defenses, TransUnion does not assume any burden of proof, persuasion or production with respect to any issue where the applicable law places the burden upon Plaintiff.

### FIRST ADDITIONAL DEFENSE

1. Plaintiff has failed to state a claim against TransUnion for which relief can be granted.

## SECOND ADDITIONAL DEFENSE

2.  Plaintiff's claims are barred, in whole or in part, because Plaintiff has not suffered any actual injuries as a result of any act or omission of TransUnion.

## THIRD ADDITIONAL DEFENSE

3.  Plaintiff has not suffered any damages resulting from any acts or omissions of TransUnion.

## FOURTH ADDITIONAL DEFENSE

4.  Plaintiff's claims are barred, in whole or in part, because any alleged injuries or damages were not caused by any acts or omissions of TransUnion, but were caused, if at all, by the acts and omissions of Plaintiff and/or third parties, including, without limitation, the prior intervening or superseding acts and omissions of Plaintiff and/or such third parties. TransUnion's investigation is ongoing, and it reserves the right to supplement this affirmative defense.

## FIFTH ADDITIONAL DEFENSE

5.  Plaintiff's claims are barred, in whole or in part, because they failed to mitigate any injuries or damages allegedly sustained.

## SIXTH ADDITIONAL DEFENSE

6.  Plaintiff's claims are barred, in whole or in part, by the doctrines of estoppel, release, waiver, illegality and/or unclean hands. TransUnion's investigation is ongoing, and it reserves

the right to supplement this affirmative defense.

## SEVENTH ADDITIONAL DEFENSE

7.  Plaintiff's claims are barred, in whole or in part, by the doctrines of collateral estoppel and res judicata.

13

## EIGHTH ADDITIONAL DEFENSE

8. At all relevant times, TransUnion acted within the absolute and qualified privileges afforded it under the FCRA, the United States Constitution, applicable State Constitutions, and the common law.

## NINTH ADDITIONAL DEFENSE

9. Any claim for exemplary or punitive damages asserted by Plaintiff violates TransUnion's rights under the Due Process and Excessive Fines clauses of the Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution and the analogous provisions of applicable State Constitutions and under the First Amendment of the United States Constitution and the analogous provisions of applicable State Constitutions.

WHEREFORE, Defendant Trans Union LLC, by counsel, denies that Plaintiff is entitled to judgment or to any of the relief sought, and respectfully requests that judgment be entered in its favor and against Plaintiff on all counts set forth in the Original Complaint, and that Trans Union LLC, be awarded its costs incurred in defending this action, along with such other relief as this Court deems equitable and just.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

By: */s/ Cyntrena Cross-Peart, Esq.*
Cyntrena Cross-Peart, Esq.
NJ Atty ID No. 049972013
700 Alexander Park, Suite 300.
Princeton, New Jersey 08540
Telephone: (215) 665-3800
Email: cyntrena.cross-peart@bipc.com

Date: October 6, 2025

*Counsel for Defendant Trans Union LLC*

14

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing has been filed electronically on the **6th  day of October, 2025**.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

By: */s/ Cyntrena Cross-Peart, Esq.*
Cyntrena Cross-Peart, Esq.

15