**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

MADELINE CHAPARRO RIOS,

        Plaintiff,

  v.

OXYGEN XL, FAIR COLLECTIONS &
OUTSOURCING, INC., EXPERIAN
INFORMATION SOLUTIONS, INC., TRANS
UNION LLC, and EQUIFAX INFORMATION
SERVICES LLC,

        Defendants.

Case No. 2:25-cv-13884-JXN-JBC

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, files its Answer

to Plaintiff's Amended Complaint ("Complaint") as follows:

**PRELIMINARY STATEMENT**

In answering the Complaint, Equifax states that it is responding to allegations on behalf of

itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax denies

any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

**ANSWER**

In response to the specific allegations in the enumerated paragraphs in the Complaint,

Equifax responds as follows:

1. Equifax admits Plaintiff purports to bring claims against Equifax pursuant to the

Fair Credit Reporting Act ("FCRA"). Equifax denies any allegation it violated the FCRA as

alleged in Paragraph 1.

**PRELIMINARY STATEMENT**

2.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in the first four sentences of Paragraph 2. Equifax admits Plaintiff purports to bring claims pursuant to the Fair Credit Reporting Act ("FCRA") but denies any allegation it violated the FCRA as alleged in Paragraph 2. Equifax denies any remaining allegations in Paragraph 2.

**JURISDICTION AND VENUE**

3.      Equifax admits that Fair Collections & Outsourcing Inc. filed a Notice of Removal on July 29, 2025. To the extent Plaintiff has properly alleged her claims, Equifax admits the Court may exercise its jurisdiction.

4.      To the extent that Plaintiff has properly alleged her claims, Equifax admits that venue is proper in this Court. Equifax states that the remaining allegations in this paragraph are legal conclusions which are not subject to denial or admission.

**THE PARTIES**

5.      Equifax reasserts and re-alleges its responses as set forth above.

6.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11.     Equifax admits that is a foreign limited liability company and that it maintains its principal address at 1550 Peachtree Street NW, Atlanta, GA 30309. Equifax further admits that some of its business activities make it a "consumer reporting agency" under the FCRA as to those activities only. Equifax states that the remaining allegations in this paragraph are legal conclusions which are not subject to denial or admission.

12.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

## FACTUAL ALLEGATIONS

13.     Equifax reasserts and re-alleges its responses as set forth above.

14.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

### i.  Actions and Omissions by Oxygen XL

15.     Equifax reasserts and re-alleges its responses as set forth above.

16.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

21.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21.

22.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22.

23.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

### ii.  Actions and Omission by Fair Collections

24.     Equifax reasserts and re-alleges its responses as set forth above.

25.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26.

27.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28.

29.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29.

30.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30.

31.     Equifax is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 31.

### ii.  Actions and Omission by Experian

32.     Equifax reasserts and re-alleges its responses as set forth above.

33.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

34.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

35.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

36.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

### iii.  Actions and Omission by Trans Union

37.     Equifax reasserts and re-alleges its responses as set forth above.

38.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38.

39.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39.

40.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40.

41.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41.

42.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

43.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

### iv.  Actions and Omission by Equifax

44.     Equifax reasserts and re-alleges its responses as set forth above.

45.     Equifax denies that it failed to conduct a reasonable reinvestigation and denies that it violated the FCRA. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 45.

46.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

47.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

### COUNT I
### VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

48.     Equifax reasserts and re-alleges its responses as set forth above.

49.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49.

50.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50.

51.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51.

52.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52.

53.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53.

54. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54.

55. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55.

56. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56.

57. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57.

58. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58.

59. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59.

60. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

61. Equifax denies the allegations in Paragraph 61. Equifax further denies it violated the FCRA.

62. Equifax denies the allegations in Paragraph 62.

63. Equifax denies the allegations in Paragraph 63.

## COUNT II
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

64. Equifax reasserts and re-alleges its responses as set forth above.

65. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65.

66. Equifax is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 66.

67.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67.

68.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68.

69.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69.

70.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70.

71.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71.

## PRAYER FOR RELIEF

Equifax denies Plaintiff is entitled to any relief claimed in the "WHEREFORE" Paragraph following Paragraph 71.

## TRIAL BY JURY DEMANDED ON ALL COUNTS

Equifax admits that Plaintiff demands a trial by jury.

WHEREFORE, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1)     Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff;

(2)     it recover such other and additional relief as the Court deems just and appropriate.

8

DATED: October 6, 2025

Respectfully submitted,

CLARK HILL PLC

By: */s/ Stacy A. Orvetz*
Stacy A. Orvetz
Clark Hill PLC
2001 Market St., Suite 2620
Philadelphia PA 19103
(215) 864-8072
Email: sorvetz@clarkhill.com
*Counsel for Defendant Equifax Information*
*Services LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies I caused to be served the foregoing by filing through the CM/ECF system on the 6th day of October, 2025, which will send notice of such filing to all parties and counsel of record.

By: */s/ Stacy A. Orvetz*
Stacy A. Orvetz