UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MADELINE CHAPARRO RIOS,** | |
| *Plaintiff,* | |
| v. | **No. 2:25-cv-13884-JXN-JBC** |
| **OXYGEN XL, FAIR COLLECTIONS & OUTSOURCING, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EQUIFAX INFORMATION SERVICES LLC,** | |
| *Defendants.* | |

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER AND DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT[1]

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, responds as follows to the allegations in the Amended Complaint filed by Plaintiff Madeline Chaparro Rios ("Plaintiff"):

1.      In response to Paragraph 1 of the Amended Complaint, Experian admits only that Plaintiff purports to bring suit pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA") and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA"), and that Plaintiff seeks actual, statutory, and punitive damages as well as costs and attorney's fees. Except as specifically admitted, Experian denies, generally and specifically, each and every allegation contained in Paragraph 1; denies that Experian has violated the FCRA, the FDCPA, or any other law; and denies that Experian is liable to Plaintiff for any alleged damages or for any other form of relief.

---

[1] For ease of reference and to facilitate a review of its Answer and Defenses, Experian has attempted to incorporate into its Answer the primary headings used by Plaintiff in the Amended Complaint, although Experian does not adopt, either expressly or by implication, any statements contained in those headings.

2.      In response to Paragraph 2 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.  In response to the allegations in Paragraph 2 that relate to Experian, Experian denies, generally and specifically, each and every allegation therein.

## JURISDICTION AND VENUE

3.      In response to Paragraph 3 of the Amended Complaint, Experian admits only that Defendant Fair Collections & Outsourcing, Inc. removed this matter from New Jersey state court and has asserted subject matter jurisdiction pursuant to 28 U.S.C. § 1331.  Experian affirmatively states that the Notice of Removal speaks for itself and, on that basis, denies any allegations of Paragraph 3 inconsistent therewith.

4.      In response to Paragraph 4 of the Amended Complaint, Experian admits that Plaintiff has alleged venue in this district pursuant to 28 U.S.C. § 1339(b)-(c).  Experian states that this is a legal conclusion not subject to admission or denial.

## THE PARTIES

5.      In response to Paragraph 5 of the Amended Complaint, Experian repeats, realleges, and incorporates by reference its answers in the foregoing paragraphs.

6.      In response to Paragraph 6 of the Amended Complaint, Experian admits, upon information and belief, that Plaintiff is an individual who resides in the State of Texas, and that Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1681(a)(c).  In response to the remaining allegations in Paragraph 6, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

2

7.    In response to Paragraph 7 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

8.    In response to Paragraph 8 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

9.    In response to Paragraph 9 of the Amended Complaint, Experian admits that it is an Ohio corporation, with its principal place of business in Costa Mesa, California, and that it is authorized to and does conduct business in the State of New Jersey.  Experian also admits that it is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f) and that it issues consumer reports as defined by 15 U.S.C. § 1681a(d)(1).

10.    In response to Paragraph 10 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

11.    In response to Paragraph 11 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

12.     In response to Paragraph 12 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

## FACTUAL ALLEGATIONS

13.     In response to Paragraph 13 of the Amended Complaint, Experian repeats, realleges, and incorporates by reference its answers in the foregoing paragraphs.

14.     In response to Paragraph 14 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

15.     In response to Paragraph 15 of the Amended Complaint, Experian repeats, realleges, and incorporates by reference its answers in the foregoing paragraphs.

16.     In response to Paragraph 16 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

17.     In response to Paragraph 17 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

18.     In response to Paragraph 18 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

19.    In response to Paragraph 19 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

20.    In response to Paragraph 20 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

21.    In response to Paragraph 21 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

22.    In response to Paragraph 22 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

23.    In response to Paragraph 23 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

24.    In response to Paragraph 24 of the Amended Complaint, Experian repeats, realleges, and incorporates by reference its answers in the foregoing paragraphs.

25.    In response to Paragraph 25 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

26.    In response to Paragraph 26 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

27.    In response to Paragraph 27 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

28.    In response to Paragraph 28 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

29.    In response to Paragraph 29 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

30.    In response to Paragraph 30 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to

form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

31.     In response to Paragraph 31 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

32.     In response to Paragraph 32 of the Amended Complaint, Experian repeats, realleges, and incorporates by reference its answers in the foregoing paragraphs.

33.     In response to Paragraph 33 of the Amended Complaint, Experian admits only that it received disputes in 2023 and 2024, purporting to be from Plaintiff, regarding information being reported on her Experian credit report by Fair Collections & Outsourcing, Inc. and Oxygen XL. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 33 and, on that basis, denies, generally and specifically, each and every remaining allegation therein.

34.     In response to Paragraph 34 of the Amended Complaint, Experian denies, generally and specifically, each and every remaining allegation therein.

35.     In response to Paragraph 35 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation therein.

36.     In response to Paragraph 36 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

37.     In response to Paragraph 37 of the Amended Complaint, Experian repeats, realleges, and incorporates by reference its answers in the foregoing paragraphs.

38. In response to Paragraph 38 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

39. In response to Paragraph 39 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

40. In response to Paragraph 40 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

41. In response to Paragraph 41 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

42. In response to Paragraph 42 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

43. In response to Paragraph 43 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to

form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

44.    In response to Paragraph 44 of the Amended Complaint, Experian repeats, realleges, and incorporates by reference its answers in the foregoing paragraphs.

45.    In response to Paragraph 45 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

46.    In response to Paragraph 46 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

47.    In response to Paragraph 47 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

**COUNT I**
**VIOLATIONS OF THE FAIR CREDIT REPORTING ACT**

48.    In response to Paragraph 48 of the Amended Complaint, Experian repeats, realleges, and incorporates by reference its answers in the foregoing paragraphs.

49.    In response to Paragraph 49 of the Amended Complaint, including subparagraphs A through F, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

50.    In response to Paragraph 50 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

51.    In response to Paragraph 51 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

52.    In response to Paragraph 52 of the Amended Complaint, including subparagraphs A through F, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

53.    In response to Paragraph 53 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

54.    In response to Paragraph 54 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

55.    In response to Paragraph 55 of the Amended Complaint, including subparagraphs A through F, Experian denies, generally and specifically, each and every allegation therein.

56.     In response to Paragraph 56 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation therein. Experian further denies that Plaintiff is entitled to any fees, costs, or recovery from Experian, and denies that Plaintiff is entitled to the relief sought.

57.     In response to Paragraph 57 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation therein. Experian further denies that Plaintiff is entitled to any fees, costs, or recovery from Experian, and denies that Plaintiff is entitled to the relief sought.

58.     In response to Paragraph 58 of the Amended Complaint, including subparagraphs A through F, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

59.     In response to Paragraph 59 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

60.     In response to Paragraph 60 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

61.     In response to Paragraph 61 of the Amended Complaint, including subparagraphs A through F, with regard to allegations related to entities other than Experian, Experian is without

knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

62.     In response to Paragraph 62 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

63.     In response to Paragraph 63 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

## COUNT II
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

64.     In response to Paragraph 64 of the Amended Complaint, Experian repeats, realleges, and incorporates by reference its answers in the foregoing paragraphs.

65.     In response to Paragraph 65 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

66.     In response to Paragraph 66 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

67.     In response to Paragraph 67 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to

12

form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

68.    In response to Paragraph 68 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

69.    In response to Paragraph 69 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

70.    In response to Paragraph 70 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

71.    In response to Paragraph 71 of the Amended Complaint, with regard to allegations related to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation therein.

## DEMAND FOR JURY TRIAL

In response to the demand for jury trial, Experian admits that Plaintiff has demanded trial by jury on all issues triable.

## EXPERIAN'S AFFIRMATIVE DEFENSES

In further response to Plaintiff's Amended Complaint, Experian hereby asserts the

13

following affirmative and other defenses, without conceding that it bears the burden of persuasion as to any of them except those deemed affirmative defenses by law, regardless of how such defenses are denominated herein. Moreover, nothing stated herein is intended or shall be construed as an acknowledgement that any particular issue or subject matter is relevant to Plaintiff's allegations.

### FIRST AFFIRMATIVE DEFENSE

### (ARBITRATION)

Experian alleges on information and belief that Plaintiff's claims may be the subject of an arbitration agreement between Plaintiff and Experian.

### SECOND AFFIRMATIVE DEFENSE

### (TRUTH/ACCURACY OF INFORMATION)

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

### THIRD AFFIRMATIVE DEFENSE

### (CONTRIBUTORY/COMPARATIVE FAULT)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff herself and/or third parties and resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

### FOURTH AFFIRMATIVE DEFENSE

### (ESTOPPEL)

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

14

## FIFTH AFFIRMATIVE DEFENSE

## (UNCLEAN HANDS)

The Amended Complaint and each claim for relief therein that seeks equitable relief are barred by the doctrine of unclean hands.

## SIXTH AFFIRMATIVE DEFENSE

## (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate her damages.

## SEVENTH AFFIRMATIVE DEFENSE

## (REASONABLE PROCEDURES)

At all times relevant to the Amended Complaint, Experian followed reasonable procedures to assure the maximum possible accuracy of Plaintiffs' credit reports.

## EIGHTH AFFIRMATIVE DEFENSE

## (INTERVENING CAUSES)

Plaintiffs' alleged injuries were not caused by Experian, but by independent intervening causes which had no relation in fact to any conduct of Experian.

## NINTH AFFIRMATIVE DEFENSE

## (RIGHT TO ASSERT ADDITIONAL DEFENSES)

Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

1)      That Plaintiff take nothing by virtue of the Amended Complaint herein and that this action be dismissed in its entirety;

2)      For costs of suit and attorneys' fees herein incurred; and

15

3)      For such other and further relief as the Court may deem just and proper.


Date: October 14, 2025                          Respectfully submitted,

                                                */s/ Emily A. Carey*_____
                                                Emily A. Carey
                                                JONES DAY
                                                250 Vesey St.
                                                New York, NY 10281
                                                Tel: (212) 326-3727
                                                Fax: (212) 755-7306
                                                Email: ecarey@jonesday.com

                                                *Attorney for Defendant*
                                                *Experian Information Solutions, Inc.*

16

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2025, I electronically filed the foregoing Answer and Affirmative Defenses with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

Respectfully submitted,

*/s/ Emily A. Carey*
Emily A. Carey
JONES DAY
250 Vesey Street
New York, New York 10281
Tel: (212) 326-3727
Fax: (212) 755-7306
Email: ecarey@jonesday.com

*Attorney for Defendant Experian
Information Solutions, Inc.*