**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| MADELINE CHAPARRO RIOS, | |
| *Plaintiff,* | |
| v. | No. 2:25-cv-13884-JXN-JBC |
| OXYGEN XL, FAIR COLLECTIONS & OUTSOURCING, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EQUIFAX INFORMATION SERVICES LLC, | |
| *Defendants.* | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to L. Civ. R. 102.1, the undersigned counsel hereby moves to withdraw her appearance as counsel for Defendant Experian Information Solutions, Inc. ("Experian"). Withdrawal is necessary because Ms. Carey will no longer work for Jones Day after December 31, 2025. In connection with the withdrawal, the clerk is requested to remove the undersigned from the CM/ECF service list.

Jones Day will continue to serve as counsel for Experian. Ms. Carey's withdrawal will not occasion a request for an extension of any deadlines in this case. Ms. Carey does not assert a retaining or charging lien in connection with her departure.

Dated:  December 31, 2025                         Respectfully submitted,

                                                 */s/ Emily A. Carey*
                                                 Emily A. Carey
                                                 JONES DAY
                                                 250 Vesey Street
                                                 New York, NY 10281
                                                 Telephone: 212.326.3727
                                                 Facsimile: 212.755.7306
                                                 ecarey@jonesday.com

                                                 *Counsel for Defendant,*
                                                 *Experian Information Solutions, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I,  Emily A. Carey, certify that on December 31, 2025, I caused the foregoing MOTION TO WITHDRAW AS COUNSEL to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

Dated: December 31, 2025

*/s/ Emily A. Carey*
Emily A. Carey