**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

MADELINE CHAPARRO RIOS,

     *Plaintiff,*

     v.

OXYGEN XL, FAIR COLLECTIONS &
OUTSOURCING, INC., EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, and EQUIFAX
INFORMATION SERVICES LLC,

     *Defendants.*

No. 2:25-cv-13884-JXN-JBC

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Pursuant to L. Civ. R. 102.1, the undersigned counsel hereby moves to withdraw her appearance as counsel for Defendant Experian Information Solutions, Inc. ("Experian"). Withdrawal is necessary because Ms. Carey will no longer work for Jones Day after December 31, 2025. In connection with the withdrawal, the clerk is requested to remove the undersigned from the CM/ECF service list.

Jones Day will continue to serve as counsel for Experian. Ms. Carey's withdrawal will not occasion a request for an extension of any deadlines in this case. Ms. Carey does not assert a retaining or charging lien in connection with her departure.

Dated:  December 31, 2025                 Respectfully submitted,

                                          */s/ Emily A. Carey*
                                          Emily A. Carey
                                          JONES DAY
                                          250 Vesey Street
                                          New York, NY 10281
                                          Telephone: 212.326.3727
                                          Facsimile: 212.755.7306
                                          ecarey@jonesday.com

                                          *Counsel for Defendant,*
                                          *Experian Information Solutions, Inc.*


**SO ORDERED**.

*s/ James B. Clark, III*
**JAMES B. CLARK, III**
**United States Magistrate Judge**
Date 1/5/2026