UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY (NEWARK)

-----------------------------------------------------------------X

Madeline Chaparro Rios,

               Plaintiff,

          v.                            Case No. 2:25-cv-13884-JXN-JBC

Oxygen XL, Fair Collections & Outsourcing, Inc.,
Experian Information Solutions, Inc.,
Trans Union LLC, and Equifax Information
Services LLC,

               Defendants.

-----------------------------------------------------------------X

## NOTICE OF SETTLEMENT BETWEEN
## PLAINTIFF AND TRANS UNION LLC

The Plaintiff and Defendant Trans Union LLC respectfully inform the Court that they have agreed to a settlement in principle. The parties anticipate filing a stipulation of dismissal with prejudice within forty-five days.

January 9, 2026

Respectfully submitted,

/s/ Hashim Rahman
Hashim Rahman, Esq. (admitted pro hac vice)
Rahman Legal
43 W 43rd Street, Suite 204
New York, NY 10036
hrahman@rahmanlegal.com
Tel.: (212) 301-7641

/s/ Sofia Balile
Sofia Balile, Esq. (Attorney ID 010932003)
The Law Office of Sofia Balile
155 Water Street
4th Floor, Suite 4-1

/s/ Cyntrena Cross-Peart
Cyntrena Cross-Peart, Esq.
NJ Atty ID # 049972013
Buchanan Ingersoll & Rooney PC
700 Alexander Park, Suite 300
Princeton, NJ 08540-6347
cyntrena.cross-peart@bipc.com
Tel.: (215) 665-3800

*Counsel for Defendant Trans Union LLC*

**So ORDERED on 1/12/2026:**

JULIEN XAVIER NEALS
United States District Judge

Brooklyn, NY 11201
Tel. 646-580-6116
sofia@balilelaw.com

*Attorneys for Plaintiff*