# RAHMAN LEGAL

### 43 WEST 43RD STREET, SUITE 204
### NEW YORK, NY 10036
### TEL: +1.212.301.7641
### FAX: +1.212.954.5391
### WWW.RAHMANLEGAL.COM

January 14, 2026

**VIA ECF**

Hon. Julien Xavier Neals
United States District Court
District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, NJ 07101

> Re:    Consent Extension Request for Filing of Consent Order
>        Madeline Chaparro Rios v. Oxygen XL et al.
>        Case No. 2:25-cv-13884-JXN-JBC

Dear Judge Neals,

We represent the Plaintiff in the above-stated action. By this letter, the Plaintiff requests a sixty-day extension of the time to submit a consent order regarding the motion for a limited remand to state court. Pursuant to your Order dated January 9, 2026, (*see* ECF Doc. # 37), a consent order is due today. If the extension is granted, the consent order would be due on March 15, 2026. No prior extension requests have been made. All Defendants consent to this request.

This extension is requested because parties have been engaged in discovery and settlement negotiations. A remand at the present time is likely to disrupt this process. Furthermore, a remand may not be necessary in the future depending on how this case progresses.

Dated : January 14, 2026

Respectfully submitted,

By: _____
Hashim Rahman, Esq. (*pro hac* vice)
Rahman Legal
43 W 43rd Street, Suite 204
New York, NY 10036
hrahman@rahmanlegal.com
Phone: (212) 301-7641


By: /s/ Sofia Balile_____
Sofia Balile, Esq. (Attorney ID 010932003)

The Law Office of Sofia Balile
155 Water Street
4th Floor, Suite 4-1
Brooklyn, NY 11201
Tel. 646-580-6116
sofia@balilelaw.com

2