**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**
--------------------------------------------------------------------X

Madeline Chaparro Rios,

                        Plaintiff,                   Hon. Julien Xavier Neals

                                                  Case No. 2:25-cv-13884-JXN-JBC

             v.

Oxygen XL, Fair Collections & Outsourcing, Inc.,
Experian Information Solutions, Inc.,
Trans Union LLC, and Equifax Information
Services LLC,

                        Defendants.
--------------------------------------------------------------------X

**ORDER**

The Plaintiff's motion to extend to time to submit a consent order regarding the limited

remand to state court is hereby granted in full on consent of all Defendants.  The deadline to

submit a consent order is changed from January 14, 2026, to March 15, 2026.

                                         **So Ordered on** _____

                                        _____

                                        **JULIEN XAVIER NEALS**
                                        **United States District Judge**