# RAHMAN LEGAL

### 43 WEST 43RD STREET, SUITE 204
### NEW YORK, NY 10036
### TEL: +1.212.301.7641
### FAX: +1.212.954.5391
### WWW.RAHMANLEGAL.COM

January 14, 2026

**VIA ECF**
Hon. Judge James B. Clark
United States District Court
District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, NJ 07101

> Re:  Consent Extension Request for Item 7 of the Pretrial Scheduling Order
> Madeline Chaparro Rios v. Oxygen XL et al.
> Case No. 2:25-cv-13884-JXN-JBC

Dear Judge Clark,

We represent the Plaintiff in the above-stated action.  By this letter, the Plaintiff requests a sixty-day extension of the deadline set in item 7 of the Pretrial Scheduling Order ("PSO") entered on October 9, 2025. (*See* ECF Doc. # 30.) Item 7 requires the parties to bring all unresolved discovery disputes to the Court by no later than January 16, 2026.  (*Id.*)  If the extension is granted, the deadline would be changed from January 16, 2026, to March 17, 2026. No prior extension requests have been made.  All Defendants consent to this request.

The extension is requested because the parties need more time to review discovery and confer on any issues.  At present, the parties have only engaged in a first round of document discovery (inclusive of interrogatories and admission requests).  With cases under the Fair Credit Reporting Act, especially ones that pertain to identity theft, often a second or third round of document discovery is needed, especially when depositions reveal the existence of additional information. Also, an extended deadline would provide the parties flexibility to continue to engage in settlement discussions while fact discovery remains open until April 9, 2026.  (*See* PSO ¶ 2.)

For these reasons, the Plaintiff requests that the deadline for item 7 of the PSO be extended by sixty days or by another date the Court deems proper.

Dated : January 14, 2026

Respectfully submitted,

By: _____
Hashim Rahman, Esq. (*pro hac* vice)
Rahman Legal

43 W 43rd Street, Suite 204
New York, NY 10036
hrahman@rahmanlegal.com
Phone: (212) 301-7641

By: /s/ Sofia Balile_____
Sofia Balile, Esq. (Attorney ID 010932003)
The Law Office of Sofia Balile
155 Water Street
4th Floor, Suite 4-1
Brooklyn, NY 11201
Tel. 646-580-6116
sofia@balilelaw.com