**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

--------------------------------------------------------------------X

Madeline Chaparro Rios,

                      Plaintiff,                 Hon. Julien Xavier Neals

                                           Case No. 2:25-cv-13884-JXN-JBC

        v.

Oxygen XL, Fair Collections & Outsourcing, Inc.,
Experian Information Solutions, Inc.,
Trans Union LLC, and Equifax Information
Services LLC,

                      Defendants.

--------------------------------------------------------------------X

**ORDER**

Upon a showing of good cause, the Plaintiff's motion to extend the deadline set forth in item 7 of the Pretrial Scheduling Order ("PSO") is granted.  The deadline to raise unresolved discovery disputes as set forth in item 7 of the PSO is extended by sixty days and changed from January 16, 2026, to March 17, 2026.

                                   **So Ordered on** _____

                                   _____

                                   **James B. Clark, III**
                                   **United States Magistrate Judge**