**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**
--------------------------------------------------------------------X

Madeline Chaparro Rios,

                      Plaintiff,                    Hon. Julien Xavier Neals

                                              Case No. 2:25-cv-13884-JXN-JBC

          v.

Oxygen XL, Fair Collections & Outsourcing, Inc.,
Experian Information Solutions, Inc.,
Trans Union LLC, and Equifax Information
Services LLC,

                             Defendants.
                --------------------------------------------------------------------X

## ORDER

Upon a showing of good cause, it is hereby **ORDERED** that:

1. The Plaintiff's motion to extend the deadline set forth in item 7 of the Pretrial Scheduling Order ("PSO") is granted. The deadline to raise unresolved discovery disputes as set forth in item 7 of the PSO is extended by sixty days and changed from January 16, 2026, to **March 17, 2026**; and it is further

2. ORDERED that the telephone status conference scheduled with the parties in this matter on **January 26, 2026** is adjourned to **March 25, 2026 at 11:30 AM**. Counsel for Plaintiff shall initiate the call.

                                      **So Ordered on 1/15/2026**

                                      *s/ James B. Clark, III*

                                      **James B. Clark, III**
                                      **United States Magistrate Judge**