**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**
-------------------------------------------------------------------X

Madeline Chaparro Rios,

                           Plaintiff,                        Hon. Julien Xavier Neals

                                                             Case No. 2:25-cv-13884-JXN-JBC

                 v.

Oxygen XL, Fair Collections & Outsourcing, Inc.,
Experian Information Solutions, Inc.,
Trans Union LLC, and Equifax Information
Services LLC,
                           Defendants.
-------------------------------------------------------------------X

**ORDER GRANTING MOTION FOR EXTENSION OF TIME [ECF 40]**

The Plaintiff's motion to extend to time to submit a consent order regarding the limited

remand to state court is hereby granted in full on consent of all Defendants.  The deadline to

submit a consent order is changed from **January 14, 2026, to March 15, 2026**.

**So Ordered on 1/20/2026**

*s/ James B. Clark, III*
_____
**JAMES B. CLARK, III**
**United States Magistrate Judge**