# Buchanan

**Cyntrena Cross-Peart, Esq.**
215 665 3800
cyntrena.cross-peart@bipc.com

700 Alexander Park
Suite 300
Princeton, NJ  08540-6347
T 609 987 6800
F 609 520 0360

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102-2555
T 215 665 8700
F 215 665 8760

**<u>VIA ECF</u>**
Hon. Judge James B. Clark
United States District Court
District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, NJ 07101

> Re:    Consent Adjournment Request for Item 10 of the Pretrial Scheduling Order
> Madeline Chaparro Rios v. Oxygen XL et al.
> Civil Action No. 2:25-cv-13884-JXN-JBC

Dear Judge Clark,

My Firm represents Defendant Trans Union LLC in the above captioned matter. By this letter, the Defendants and Plaintiff ("collectively the Parties") request an adjournment of the of the deadline set in Paragraph 10 of the Pretrial Scheduling Order (*See* ECF Doc. 30) directing the parties to submit a joint status letter by no later than January 20, 2026, itemizing the issues counsel would like to discuss in the upcoming conference.

Specifically, in accordance with the Honorable Court's January 15, 2026, order the telephone status conference in this matter has been reset from January 26, 2026, to March 25, 2026. The Parties thereby request an adjournment from January 20, 2026, to March 19, 2026,  to submit the joint status conference letter. No prior extension requests have been made with respect to this deadline. All Parties consent to this request.

For the aforementioned reasons the Parties request the deadline set in Paragraph 10 of the Pretrial Scheduling Order, with respect to the joint status letter, be adjourned to March 19, 2026, or to another date Your Honor deems proper.

Dated: January 20, 2026

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**
By: */s/Cyntrena Cross-Peart*
Cyntrena Cross-Peart (NJ Bar No. 049972013)
700 Alexander Park, Suite 300
Princeton, NJ  08540-6347
T:  215-665-3800 F:  609-520-0360
Cyntrena.Cross-Peart@bipc.com

*Counsel for Defendant Trans Union, LLC*