**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

---

MADELINE CHAPARRO RIOS,

     *PLAINTIFF,*

  V.                             CASE NO: 2:25-CV-13884-JXN-JBC

OXYGEN XL, FAIR COLLECTIONS &
OUTSOURCING, INC., EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, AND
EQUIFAX INFORMATION SERVICES LLC,

     *DEFENDANTS.*

---

**ORDER**

    **AND NOW**, this _____ day of _____, 2026, upon a showing of good cause, the Parties' motion to adjourn the deadline set forth in Paragraph 10 of the Pretrial Scheduling Order  is granted. The parties' deadline to submit a joint status letter is changed from January 20, 2026, to March 19, 2026.

                                 **BY THE COURT:**

                                 _____

                                 Hon. Judge James B. Clark III
                                 United States Magistrate Judge