**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

---

MADELINE CHAPARRO RIOS,

     *PLAINTIFF,*

  V.

OXYGEN XL, FAIR COLLECTIONS &
OUTSOURCING, INC., EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, AND
EQUIFAX INFORMATION SERVICES LLC,

     *DEFENDANTS.*

CASE NO: 2:25-CV-13884-JXN-JBC

---

## ORDER

**AND NOW**, this 21st day of January 2026, upon a showing of good cause, the Parties' motion to adjourn the deadline set forth in Paragraph 10 of the Pretrial Scheduling Order [Dkt. No. 44] is **GRANTED**. The parties' deadline to submit a joint status letter is changed from **January 20, 2026** to **March 19, 2026.**

**BY THE COURT:**

*s/ James B. Clark, III*

Hon. Judge James B. Clark III
United States Magistrate Judge