# RAHMAN LEGAL

**43 WEST 43RD STREET, SUITE 204**
**NEW YORK, NY 10036**
**TEL: +1.212.301.7641**
**FAX: +1.212.954.5391**
**WWW.RAHMANLEGAL.COM**

February 24, 2026

**VIA ECF**

Hon. Julien Xavier Neals
United States District Court
District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, NJ 07101

> Re:   Request to Reconsider Termination Order
> Madeline Chaparro Rios v. Oxygen XL et al.
> Case No. 2:25-cv-13884-JXN-JBC

Dear Judge Neals,

We represent the Plaintiff in the above-stated action.  On January 9, 2026, the Plaintiff and Defendant Trans Union LLC filed a notice of settlement.  (ECF Doc. # 38.)   The notice of settlement did not pertain to any other Defendant in this matter other than Trans Union LLC. Nonetheless, on February 2, 2026, the Court issued an administrative termination of the Plaintiff's pending motion for remand on account of the settlement.  (*See* ECF Order dated February 2, 2026; *see also,* ECF Doc. # 14.)

Given that the notice of settlement pertains to the Plaintiff and Trans Union LLC only, and since this matter is continuing against the other Defendants, it is requested that the Court cancel the administrative termination of the motion for remand.[1]

Dated : February 24, 2026

Respectfully submitted,

By: _____
Hashim Rahman, Esq. (*pro hac* vice)
Rahman Legal
43 W 43rd Street, Suite 204
New York, NY 10036
hrahman@rahmanlegal.com
Phone: (212) 301-7641

---

[1] All Defendants except for Oxygen XL do not oppose this request.  Oxygen XL has not responded to our communications regarding this motion.

By: /s/ Sofia Balile_____
Sofia Balile, Esq. (Attorney ID 010932003)
The Law Office of Sofia Balile
155 Water Street
4th Floor, Suite 4-1
Brooklyn, NY 11201
Tel. 646-580-6116
sofia@balilelaw.com