**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**(973) 776-7700**

CHAMBERS OF

**JAMES B. CLARK, III**

**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**

**50 WALNUT STREET, ROOM 2060**

**NEWARK, NJ 07102**

March 4, 2026

## LETTER ORDER

Re:     **Rios v. Oxygen XL, et al.**
          **Civil Action No. 25-13884 (JXN)**

Dear Counsel,

In light of the Court's February 25, 2026 Text Order, *see* Dkt. No. 48, Plaintiff's motion

[Dkt. No. 47] is herewith **TERMINATED as moot**.

**IT IS SO ORDERED**.

*s/ James B. Clark, III*
**JAMES B. CLARK, III**
**United States Magistrate Judge**