**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

-------------------------------------------------------------------X
Madeline Chaparro Rios,

                    Plaintiff,

              v.                        Case No. 2:25-cv-13884-JXN-JBC

Oxygen XL, Fair Collections & Outsourcing, Inc.,
Experian Information Solutions, Inc.,
Trans Union LLC, and Equifax Information
Services LLC,

                    Defendants.
-------------------------------------------------------------------X

**NOTICE OF SETTLEMENT BETWEEN**
**PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.**

      The Plaintiff and Defendant Experian Information Solutions, Inc., respectfully inform the Court that they have agreed to a settlement in principle. The parties anticipate filing a stipulation of dismissal with prejudice within forty-five days.

March 12, 2026

Respectfully submitted,

/s/ Hashim Rahman
Hashim Rahman, Esq. (admitted pro hac vice)
Rahman Legal
43 W 43rd Street, Suite 204
New York, NY 10036
hrahman@rahmanlegal.com
Tel.: (212) 301-7641

/s/ Sofia Balile
Sofia Balile, Esq. (Attorney ID 010932003)
The Law Office of Sofia Balile
155 Water Street
4th Floor, Suite 4-1
Brooklyn, NY 11201
Tel. 646-580-6116
sofia@balilelaw.com

*Attorneys for Plaintiff*

    /s/ Dominique Marino Giuliano
Dominique Marino Giuliano, Esq.
Jones Day
250 Vesey Street
New York, NY 10281-1047
dmarinogiuliano@jonesday.com
Tel.: (212) 326-3672

*Attorneys for Experian Information Solutions,*
*Inc.*