# RAHMAN LEGAL

### 43 WEST 43RD STREET, SUITE 204
### NEW YORK, NY 10036
### TEL: +1.212.301.7641
### FAX: +1.212.954.5391
### WWW.RAHMANLEGAL.COM

March 16, 2026

**VIA ECF**
Hon. Judge James B. Clark
United States District Court
District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, NJ 07101

> Re:    Extension Request for Discovery Timelines
> Madeline Chaparro Rios v. Oxygen XL et al.
> Case No. 2:25-cv-13884-JXN-JBC

Dear Judge Clark,

We represent the Plaintiff in the above-stated action.  For the reasons herein, the Plaintiff requests a sixty-day extension of remaining discovery timelines.  Defendants Oxygen XL and Fair Collections & Outsourcing, Inc. ("FCO") consent to this request.  All other Defendants – Trans Union LLC, Experian Information Solutions, Inc., and Equifax Information Services LLC – have settled or reached a settlement in principle with the Plaintiff.

The Plaintiff has dedicated a significant amount of time in settlement efforts.  Such efforts have been worthwhile as the Plaintiff has settled or reached a settlement in principle with three Defendants.  However, settlement negotiations have diverted time away from the discovery process (even though the parties have worked to move the discovery forward).  On account of this, more time is needed to complete the discovery.

Furthermore, the Plaintiff has not yet received responses to document requests and interrogatories from FCO.  Counsel for the parties have conferred in good faith regarding this issue, and it is anticipated that responses from FCO will be provided this week.  However, this delay has prevented the Plaintiff from fully assessing the case and deposing FCO witnesses.

Additionally, identify theft cases like the present one arising under the Fair Credit Reporting Act and the Fair Debt Collection Practices Act are factually complex.  Such cases involve voluminous data exchanges, multiple investigations by different entities, credit dispute verification systems, and unidentified perpetrators.  This is in part why the parties have already exchanged more than a thousand pages of documents amongst each other. This is also why such cases can be time consuming.

The Plaintiff has previously requested an extension of item 7 of the Pretrial Scheduling Order ("PSO") which was granted.  However, the parties have not previously requested an extension of fact discovery and other timelines.  Thus this is the first request of this kind.

If the Court grants this request, the fact discovery deadline (PSO item 2) would change from April 9 to June 8; the deadline to raise unresolved discovery disputes (PSO item 7) would change from March 17 to May 16; the affirmative expert reports deadline (PSO item 19) would change from May 8 to July 7; the responding expert reports deadline (PSO item 20) would change from May 26 to July 25; and the expert discovery deadline (PSO item 21) would change from June 9 to August 8.

The Plaintiff respectfully contends that the circumstances described amount to good cause to extend the above-stated deadlines.

Dated : March 16, 2026                                  Respectfully submitted,

By: _____

Hashim Rahman, Esq. (*pro hac* vice)
Rahman Legal
43 W 43rd Street, Suite 204
New York, NY 10036
hrahman@rahmanlegal.com
Phone: (212) 301-7641

By: /s/ Sofia Balile_____
Sofia Balile, Esq. (Attorney ID 010932003)
The Law Office of Sofia Balile
155 Water Street
4th Floor, Suite 4-1
Brooklyn, NY 11201
Tel. 646-580-6116
sofia@balilelaw.com