## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY (NEWARK)

------------------------------------------------------------------X

Madeline Chaparro Rios,

               Plaintiff,                Hon. Julien Xavier Neals

                                       Case No. 2:25-cv-13884-JXN-JBC

       v.

Oxygen XL, Fair Collections & Outsourcing, Inc.,
Experian Information Solutions, Inc.,
Trans Union LLC, and Equifax Information
Services LLC,

               Defendants.

------------------------------------------------------------------X

## ORDER

    The Plaintiff's motion to remand this case to state court is hereby granted in full. This case is remanded to the Superior Court of New Jersey for the sole and limited purpose of allowing the state court to render a decision on the Plaintiff's motion seeking correction of the filing date and filing fees. (*See* Rahman Decl., Ex. A.) While the motion is pending in state court, the action in this federal court is stayed.

So Ordered on  **3·18·24**

_____

JULIEN XAVIER NEALS
United States District Judge