**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

------------------------------------------------------------------X
Madeline Chaparro Rios,

                    Plaintiff,



                    v.                        Case No. 2:25-cv-13884-JXN-JBC
Oxygen XL, Fair Collections & Outsourcing, Inc.,
Experian Information Solutions, Inc.,
Trans Union LLC, and Equifax Information
Services LLC,

                    Defendants.
------------------------------------------------------------------X

### STIPULATION OF DISMISSAL BETWEEN PLAINTIFF AND TRANS UNION LLC

**IT IS HEREBY STIPULATED**, by and between the undersigned parties, and pursuant to

Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-entitled action is

dismissed with prejudice as to all claims in this action against Trans Union LLC.  This stipulation

is not intended to dismiss the action in its entirety.


Dated: March 18, 2026

   **FOR PLAINTIFF**                          **FOR DEFENDANT**

By: _____      By: */s/ Cyntrena Cross-Peart*
   Hashim Rahman, Esq. (pro hac vice)      Cyntrena Cross-Peart, Esq.
   Rahman Legal                       NJ Atty No. 049972013
   43 West 43rd Street, Suite 204          Buchanan Ingersoll & Rooney
   New York, NY 10036              700 Alexander Park, Suite 300
   Tel.: 212-301-7641               Princeton, NJ 08540-6347
   hrahman@rahmanlegal.com        Tel. 215 665-3800
                                cyntrena.cross-peart@bipc.com

   /s/ Sofia Balile
   Sofia Balile, Esq. (Attorney ID       *Attorney for Defendant Trans Union LLC*
   010932003)
   The Law Office of Sofia Balile
   155 Water Street
   4th Floor, Suite 4-1
   Brooklyn, NY 11201
   Tel. 646-580-6116
   sofia@balilelaw.com
   *Attorneys for Plaintiff*

2

1061411\315494586.v1