UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY (NEWARK)

-------------------------------------------------------------------X

Madeline Chaparro Rios,

Plaintiff,

v.

Oxygen XL, Fair Collections & Outsourcing, Inc.,
Experian Information Solutions, Inc.,
Trans Union LLC, and Equifax Information
Services LLC,

Defendants.

-------------------------------------------------------------------X

Case No. 2:25-cv-13884-JXN-JBC

## STIPULATION OF DISMISSAL BETWEEN PLAINTIFF AND TRANS UNION LLC

**IT IS HEREBY STIPULATED,** by and between the undersigned parties, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-entitled action is dismissed with prejudice as to all claims in this action against Trans Union LLC. This stipulation is not intended to dismiss the action in its entirety.

Dated: March 18, 2026

**FOR PLAINTIFF**

By: _____
    Hashim Rahman, Esq. (pro hac vice)
    Rahman Legal
    43 West 43rd Street, Suite 204
    New York, NY 10036
    Tel.: 212-301-7641
    hrahman@rahmanlegal.com

/s/ Sofia Balile
Sofia Balile, Esq. (Attorney ID
010932003)
The Law Office of Sofia Balile
155 Water Street
4th Floor, Suite 4-1
Brooklyn, NY 11201
Tel. 646-580-6116
sofia@balilelaw.com
*Attorneys for Plaintiff*

**FOR DEFENDANT**

By: */s/ Cyntrena Cross-Peart*
    Cyntrena Cross-Peart, Esq.
    NJ Atty No. 049972013
    Buchanan Ingersoll & Rooney
    700 Alexander Park, Suite 300
    Princeton, NJ 08540-6347
    Tel. 215 665-3800
    cyntrena.cross-peart@bipc.com

*Attorney for Defendant Trans Union LLC*

**So ORDERED on 3/20/2026:**

_____
JULIEN XAVIER NEALS
United States District Judge