**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

MADELINE CHAPARRO RIOS,

               Plaintiff,

v.

OXYGEN XL, FAIR COLLECTIONS &
OUTSOURCING, INC., EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, AND EQUIFAX
INFORMATIONSERVICES LLC,

               Defendants.

Civil Action No.  2:25-cv-13884-JXN-JBC

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Jacqueline M. Scoboria, of the firm of Clark Hill PLC,

hereby enters her appearance as counsel of record on behalf of Defendant Equifax Information

Services LLC.

Dated: April 22, 2026

**CLARK HILL PLC**

*/s/ Jacqueline M. Scoboria*
Jacqueline M. Scoboria
Two Commerce Square
2001 Market St., Suite 2620
Philadelphia, PA 19103
Tel: (215) 640-8500
Fax: (215) 640-8501
jscoboria@clarkhill.com
*Counsel for Defendant*
*Equifax Information Services LLC*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day caused to be filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Dated: April 22, 2026

*/s/ Jacqueline M. Scoboria*
Jacqueline M. Scoboria