# UNITED STATES DISTRICT COURT

**DISTRICT OF NEW JERSEY**

**(973) 776-7700**

CHAMBERS OF                                                                                    U.S. COURTHOUSE
**JAMES B. CLARK, III**                                          **50 WALNUT STREET, ROOM 2060**
**UNITED STATES MAGISTRATE JUDGE**                                                **NEWARK, NJ 07102**

May 19, 2026

## <u>LETTER ORDER</u>

Re:    <u>**Rios v. Oxygen XL, et al.**</u>
          **Civil Action No. 25-13884 (JXN)**

Dear Counsel,

In light of the Court's March 18, 2026 Order remanding and staying this case, *see* Dkt. No. 53, the telephone status conference scheduled with the parties in this matter on **<u>May 27, 2026 at 12:00 PM</u>** is adjourned to **<u>September 16, 2026 at 12:00 PM</u>**. Following issuance of a decision by the Superior Court of New Jersey on "Plaintiff's motion seeking correction of the filing date and filing fees," *see id.*, the parties shall file a letter on the docket advising the Court of same and shall also submit a proposed schedule for the completion of discovery in this matter.

**IT IS SO ORDERED**.

*s/ James B. Clark, III*
**JAMES B. CLARK, III**
**United States Magistrate Judge**