**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

-------------------------------------------------------------------X
Madeline Chaparro Rios,

               Plaintiff,


               v.                        Case No. 2:25-cv-13884-JXN-JBC
Oxygen XL, Fair Collections & Outsourcing, Inc.,
Experian Information Solutions, Inc.,
Trans Union LLC, and Equifax Information
Services LLC,

               Defendants.
-------------------------------------------------------------------X

**STIPULATION OF DISMISSAL BETWEEN PLAINTIFF AND EXPERIAN**
**INFORMATION SOLUTIONS, INC.**

     **IT IS HEREBY STIPULATED**, by and between the undersigned parties, and pursuant to

Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-entitled action is

dismissed with prejudice as to all claims in this action against Experian Information Solutions,

Inc..  This stipulation is not intended to dismiss the action in its entirety.


Dated: June 3, 2026

  **FOR PLAINTIFF**                     **FOR DEFENDANT**

By: _____        By:  _/s/ Dominique Marino Giuliano_
   Hashim Rahman, Esq. (pro hac vice)     Dominique Marino Giuliano, Esq.
   Rahman Legal                    Jones Day
   43 West 43rd Street, Suite 204        250 Vesey Street
   New York, NY 10036             New York, NY New York, NY 1028
   Tel.: 212-301-7641              Tel. 212-326-3672
   hrahman@rahmanlegal.com

                                   _Attorneys for Experian Information_
  /s/ Sofia Balile                  _Solutions, Inc._
   Sofia Balile, Esq. (Attorney ID
   010932003)
   The Law Office of Sofia Balile
   155 Water Street
   4th Floor, Suite 4-1
   Brooklyn, NY 11201
   Tel. 646-580-6116
   sofia@balilelaw.com
   _Attorneys for Plaintiff_