# RAHMAN LEGAL

43 WEST 43RD STREET, SUITE 204
NEW YORK, NY 10036
TEL: +1.212.301.7641
FAX: +1.212.954.5391
WWW.RAHMANLEGAL.COM

June 19, 2026

**VIA ECF**
Hon. Julien Xavier Neals
United States District Court
District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, NJ 07101

> Re:    Request to Lift Stay and Proceed with Case
> Madeline Chaparro Rios v. Oxygen XL et al.
> Case No. 2:25-cv-13884-JXN-JBC

Dear Judge Neals,

We represent the Plaintiff in the above-stated action.  On March 18, 2026, the Court issued an order remanding this case to the Superior Court of New Jersey for the limited purpose of allowing the state court to decide on issues related to the filing date and filing fees. (ECF Doc. # 53.)  The Court also issued an interim stay of this federal action. (*Id.*)

The state court has issued a decision on the above-stated issues and the matter has been resolved.  Given this, the Plaintiff asks the Court to lift the stay and allow the case to proceed in this federal Court.  The Defendants consent to this request.

Dated : June 19, 2026

Respectfully submitted,

By: _____
Hashim Rahman, Esq. (*pro hac* vice)
Rahman Legal
43 W 43rd Street, Suite 204
New York, NY 10036
hrahman@rahmanlegal.com
Phone: (212) 301-7641

By: /s/ Sofia Balile_____
Sofia Balile, Esq. (Attorney ID 010932003)
The Law Office of Sofia Balile

155 Water Street
4th Floor, Suite 4-1
Brooklyn, NY 11201
Tel. 646-580-6116
sofia@balilelaw.com