**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

--------------------------------------------------------------------X

Madeline Chaparro Rios,

                       Plaintiff,                Hon. Julien Xavier Neals

                                                 Case No. 2:25-cv-13884-JXN-JBC

         v.

Oxygen XL, Fair Collections & Outsourcing, Inc.,
Experian Information Solutions, Inc.,
Trans Union LLC, and Equifax Information
Services LLC,

                       Defendants.

--------------------------------------------------------------------X

**CONSENT ORDER**

On March 18, 2026, this case was remanded to the Superior Court of New Jersey for the sole and limited purpose of allowing the state court to render a decision on the Plaintiff's motion seeking correction of the filing date and filing fees. (ECF Doc. # 53.) Furthermore, this action was stayed in federal Court while the motion was pending in state court. (*Id.*)

The Plaintiff represents that the state court issues have been resolved. Accordingly, the Plaintiff's motion, made with consent of the Defendants, to lift the stay of this action and proceed in this Court is granted.

**So Ordered on** _____

_____
**JULIEN XAVIER NEALS**
**United States District Judge**