**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

-------------------------------------------------------------------X
Madeline Chaparro Rios,

                    Plaintiff,

               v.                              Case No. 2:25-cv-13884-JXN-JBC

Oxygen XL, Fair Collections & Outsourcing, Inc.,
Experian Information Solutions, Inc.,
Trans Union LLC, and Equifax Information
Services LLC,

                    Defendants.
-------------------------------------------------------------------X

## STIPULATION OF DISMISSAL BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.

    **IT IS HEREBY STIPULATED**, by and between the undersigned parties, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-entitled action is dismissed with prejudice as to all claims in this action against Experian Information Solutions, Inc..  This stipulation is not intended to dismiss the action in its entirety.

Dated: June 3, 2026

**FOR PLAINTIFF**                               **FOR DEFENDANT**

By: _____         By: _/s/ Dominique Marino Giuliano_
   Hashim Rahman, Esq. (pro hac vice)      Dominique Marino Giuliano, Esq.
   Rahman Legal                      Jones Day
   43 West 43rd Street, Suite 204         250 Vesey Street
   New York, NY 10036              New York, NY New York, NY 1028
   Tel.: 212-301-7641                Tel. 212-326-3672
   hrahman@rahmanlegal.com

   /s/ Sofia Balile                        _Attorneys for Experian Information_
   Sofia Balile, Esq. (Attorney ID        _Solutions, Inc._
   010932003)
   The Law Office of Sofia Balile
   155 Water Street                **So ORDERED on 6/23/2026:**
   4th Floor, Suite 4-1
   Brooklyn, NY 11201
   Tel. 646-580-6116
   sofia@balilelaw.com
   _Attorneys for Plaintiff_              _____
                                  JULIEN XAVIER NEALS
                                  United States District Judge