**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

June 23, 2026

**LETTER ORDER**

Re:   **Rios v. Oxygen XL, et al.**
      **Civil Action No. 25-13884 (JXN)**

Dear Counsel,

In light of the Court's June 23, 2026 Order lifting the stay in this matter, *see* Dkt. No. 61, the Court will conduct a telephone status conference with the parties on **August 3, 2026 at 12:30 PM**.  Counsel for Plaintiff shall initiate the call.  By no later than **July 28, 2026**, the parties shall file a joint status letter containing a proposed schedule for the completion of discovery and outlining any other issues to be discussed at the conference.

**IT IS SO ORDERED**.

*s/ James B. Clark, III*
**JAMES B. CLARK, III**
**United States Magistrate Judge**