# RAHMAN LEGAL

43 WEST 43RD STREET, SUITE 204
NEW YORK, NY 10036
TEL: +1.212.301.7641
FAX: +1.212.954.5391
WWW.RAHMANLEGAL.COM

July 28, 2026

**VIA ECF**
Hon. Judge James B. Clark
United States District Court
District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, NJ 07101

> Re:   Joint Status Letter and Motion
> Madeline Chaparro Rios v. Oxygen XL et al.
> Case No. 2:25-cv-13884-JXN-JBC

Dear Judge Clark,

We represent the remaining parties in the above-stated action, and we write to provide the Court with this status letter.  All Defendants except Oxygen XL and Fair Collections & Outsourcing, Inc. ("FCO") have settled and stipulations of dismissal have been filed.  Therefore, this letter is being submitted by the Plaintiff and the remaining Defendants only.

On March 18, 2026, this case was stayed and remanded to New Jersey Superior Court for the resolution of certain limited issues.  (*See* ECF Doc. No. 53, attached hereto as Ex. A.)  The state court issues were resolved and the stay was lifted on June 23, 2026.  (*See* ECF Doc. No. 61.)

One day prior to the remand order, the Court granted a sixty-day consent motion to extend the time to complete discovery. (ECF Doc. No. 52.) The ensuing remand and stay caused a break and disruption in discussions regarding discovery and resolution between the remaining parties.  On account of this, the parties ask for ninety days from the date of this letter to complete fact discovery.[1] This time period would allow the parties to schedule depositions and continue efforts to resolve the matter in full.

If the Court grants this request, the fact discovery deadline (PSO item 2) would be changed to October 26, 2026; the deadline to raise unresolved discovery disputes (PSO item 7) would be changed to October 5, 2026; the affirmative expert reports deadline (PSO item 19) would be changed to November 24, 2026; the responding expert reports deadline (PSO item 20) would be changed to December 14, 2026; and the expert discovery deadline (PSO item 21) would be changed to December 28, 2026.

---

[1] The Plaintiff originally proposed sixty days when discussing this letter with defense counsel.  However, FCO has expressed that ninety days is needed, and the Plaintiff is fine with this longer period at the Court's discretion.

g

For cause, the parties request the Court to order the timelines set forth above.

Dated : July 28, 2026

**FOR PLAINTIFF**

By: _____

Hashim Rahman, Esq. (pro hac vice)
Rahman Legal
43 West 43rd Street, Suite 204
New York, NY 10036
Tel.: 212-301-7641
hrahman@rahmanlegal.com

/s/ Sofia Balile
Sofia Balile, Esq. (Attorney ID
010932003)
The Law Office of Sofia Balile
155 Water Street
4th Floor, Suite 4-1
Brooklyn, NY 11201
Tel. 646-580-6116
sofia@balilelaw.com

*Attorneys for Plaintiff*

**FOR DEFENDANTS**

By: */s/ Sean M. O'Brien*
Sean M. O'Brien, Esq.
Lippes Mathias LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
Tel.: 716.853.5100
sobrien@lippes.com

*Attorneys for Oxygen XL*

By: */s/ Aaron R. Easley*
Aaron R. Easley, Esq.
Sessions, Fishman, Nathan & Israel
3 Cross Creek Drive
Flemington, NJ 08822-4938
Tel.: 1-908-237-1660
aeasley@sessions.legal

*Attorneys for Fair Collections & Outsourcing, Inc.*

2