RAHMAN LEGAL

43 WEST 43RD STREET, SUITE 204
NEW YORK, NY 10036
TEL: +1.212.301.7641
FAX: +1.212.954.5391
WWW.RAHMANLEGAL.COM

October 13, 2026

**VIA ECF**
Hon. James B. Clark, III
United States District Court
District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: ECF Document Filing Issues
Madeline Chaparro Rios v. Oxygen XL et al.
Case No. 2:25-cv-13884-JXN-JBC

Dear Judge Clark,

We represent the Plaintiff in this action, and we write to apprise the Court of some issues with documents filed today.

Earlier today, we filed a request for leave to move for a protective order related to the Plaintiff's intended deposition. (*See* ECF Doc. No. 69.) This was incorrectly filed as a motion for a protective order related to an extension. (*See id.*)

We also filed a motion to extend the time to complete discovery. (*See* ECF Doc. No. 70.) This was incorrectly filed as a first motion, even though the letter identifies prior motions. (*See id.*) We apologize for these filing mistakes and we hope this letter clarifies any misunderstanding.

Hashim Rahman, Esq. (pro hac vice)
Rahman Legal
43 West 43rd Street, Suite 204
New York, NY 10036
Tel.: 212-301-7641
hrahman@rahmanlegal.com

/s/ Sofia Balile
Sofia Balile, Esq. (Attorney ID 010932003)

The Law Office of Sofia Balile
155 Water Street
4th Floor, Suite 4-1
Brooklyn, NY 11201
Tel. 646-580-6116
sofia@balilelaw.com

*Attorneys for Plaintiff*