**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

October 13, 2026

**LETTER ORDER**

**Re: Rios v. Oxygen XL, et al.**
**Civil Action No. 25-13884 (JXN)**

Dear Counsel,

The Court is in receipt of a joint letter dated October 5, 2026 regarding discovery disputes which have arisen in this matter. Dkt. No. 68. Plaintiff has also filed two motions, each dated October 13, 2026, requesting (1) a sixty (60) day extension of fact discovery [Dkt. No. 70] and (2) leave to file a motion for protective order regarding an in-person deposition of Plaintiff [Dkt. No. 69]. Upon careful review of the parties' joint letter and Plaintiff's subsequent requests, the Court orders as follows:

1. The parties are directed to engage in a meaningful meet and confer regarding the unresolved discovery disputes raised in their October 5 letter to the Court. The parties shall specifically meet and confer on the topics of written discovery, the location of Plaintiff's deposition, whether virtual or in-person, and the deposition of Defendant FCO's corporate representative and related topics. *See*, *e.g.*, Dkt. No. 68. The parties shall additionally discuss Plaintiff's request for extension of the fact discovery deadline. *See* Dkt. No. 70.

2. Plaintiff's request for leave to file a motion for protective order [Dkt. No. 69] is **DENIED without prejudice**, pending the parties' meet and confer.[1]
3. Plaintiff's other requests [Dkt. Nos. 68, 70] are **ADMINISTRATIVELY TERMINATED** pending said meet and confer.
4. The **November 9, 2026** telephone conference is rescheduled to **October 28, 2026 at 11:30 AM**. Prior to the call and by no later than **October 23, 2026**, the parties shall file a joint status letter outlining the results of their meet and confer and any other issues to be discussed at the upcoming conference.

**IT IS SO ORDERED**.

*s/ James B. Clark, III*
**JAMES B. CLARK, III**
**United States Magistrate Judge**

[1] The Court notes herein, as to Plaintiff's request for leave to file a motion for protective order, that the parties' joint discovery plan appears to consensually permit remote depositions for out-of-state witnesses. *See* Dkt. No. 69-3.